LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
AT&T PENSION BENEFIT PLAN -
NONBARGAINED PROGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,<br><br>　　　　Defendant. | Case No.  C 08-04058 JCS<br><br>**PROOF OF SERVICE** |

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105

On August 26, 2008, I served the documents named below on the parties in this action as follows:

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

- U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

- CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

1

PROOF OF SERVICE (Case No. C 08-04058 JCS)

X    (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

____ (BY PERSONAL SERVICE) I personally served each document listed above on the addressee (s) noted below.

____ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

____ (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

Ronald R. Johnson, Esq.
The Johnson Law Firm
430 Railroad Avenue
Pittsburg, California 94565
Tel:   925-427-9006
Fax:   925-427-3020

*Attorneys for Plaintiff*


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on    August 26, 2008          , at San Francisco, California.

                                        Linda L. Rich

2

PROOF OF SERVICE (Case No. C 08-04058 JCS)