LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

MARVIN K. ANDERSON (State Bar No. 130297)
J. SCOTT PAISLEY (State Bar No. 94236)
AT&T Services, Inc. Legal Department
525 Market Street, 20th Floor
San Francisco, California 94105
Telephone: (415) 778-1355
Facsimile: (415) 882-4458
Email: ma1257@att.com

Attorneys for Defendant
AT&T PENSION BENEFIT PLAN - NONBARGAINED
PROGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,<br><br>　　　　　Defendant. | Case No.  CV 08-04058 MHP<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

STIPULATION FOR SUBSTITUTION OF COUNSEL
(Case No. CV 08-04058 MHP)

1

1   It is hereby stipulated and consented that Marvin K. Anderson, General Attorney, and J.
Scott Paisley, Associate General Counsel, AT&T Services, Inc. Legal Department, 525 Market Street, 20th Floor, San Francisco, California 94105; telephone number: (415) 778-1355; facsimile: (415) 882-4458; email: ma1257@att.com, be hereby substituted in place and instead of Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, California 94105 as attorneys for Defendant AT&T PENSION BENEFIT PLAN - NONBARGAIN PROGRAM in this action and that this substitution be entered into effect without further notice.

DATED: October 10, 2008          LAFAYETTE & KUMAGAI LLP


                                 /s/ Susan T. Kumagai
                                 SUSAN T. KUMAGAI


DATED: October 10, 2008          /s/ Marvin K. Anderson
                                 MARVIN K. ANDERSON



IT IS SO ORDERED

Judge Marilyn H. Patel

STIPULATION FOR SUBSTITUTION OF COUNSEL
(Case No. CV 08-04058 MHP)

2