1  MARVIN K. ANDERSON (State Bar No. 130297)
   J. SCOTT PAISLEY (State Bar No. 94236)
2  AT&T SERVICES, INC. LEGAL DEPARTMENT
   525 Market Street, 20th Floor
3  Room 2004
   San Francisco, California 94105
4  Telephone:  (415) 778-1355
   Facsimile:  (415) 882-4458
5  Email: ma1257@att.com
   Email: jp2749@att.com
6
   Attorneys for Defendant
7  AT&T PENSION BENEFIT PLAN -
   NONBARGAINED PROGRAM
8
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
12
13
   QUILLER BARNES,            ) Case No. CV 08-04058 MHP
14                            )
                              ) [PROPOSED] *as modified*
15            Plaintiff,      ) ORDER GRANTING DEFENDANT AT&T
                              ) PENSION BENEFIT PLAN -
16 v.                         ) NONBARGAINED PROGRAM'S REQUEST
                              ) FOR EXCUSE FROM PERSONAL
17 AT&T PENSION BENEFIT PLAN -) ATTENDANCE AT EARLY NEUTRAL
   NONBARGAINED PROGRAM,      ) EVALUATION
18                            )
              Defendant.      )
19                            )
                              )
20

21     The Court has considered the Letter Request of Defendant
22 AT&T Pension Benefit Plan - NonBargained Program pursuant to ADR
23 Local Rule 5-10(d) to be excused from attending in person the
24 Early Neutral Evaluation scheduled for this action before neutral
25 Stephen Schrey, and all supporting and opposing papers. Good
26 cause appearing, the Court GRANTS Defendant's request.
27 Defendant's representative, Christine Holland, is excused from
28
                                                              434150

[PROPOSED] ORDER GRANTING DEFENDANT AT&T'S REQUEST FOR EXCUSE
   FROM PERSONAL ATTENDANCE AT EARLY NEUTRAL EVALUATION

attending the Early Neutral Evaluation in person, and may participate by telephone for the duration of the session or until excused by the neutral.

**IT IS SO ORDERED.**

DATED: March 27, 2009        By: _____
Honorable Wayne D. Brazil
United States Magistrate Judge