LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
Email: glafayette@lkclaw.com
SUSAN T. KUMAGAI (State Bar No. 127667)
Email: skumagai@lkclaw.com
REBECCA K. KIMURA (State Bar No. 220420)
Email: rkimura@lkclaw.com
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:     (415) 357-4605

MARVIN ANDERSON (State Bar No.130297)
J. SCOTT PAISLEY (State Bar No. 94236)
525 Market Street, Suite 2004
San Francisco, California 94105
Telephone: (415) 778-1355
Facsimile: (415) 882-4458
Email: ma1257@att.com

Attorneys for Defendant
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,<br><br>    Defendant. | Case No.  CV 08-04058 MHP<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL** |

It is hereby stipulated and consented that Lafayette & Kumagai LLP, 100 Spear Street, Suite 600, San Francisco, California 94105 be hereby substituted in place and instead of Marvin Anderson and J. Scott Paisley, AT&T Services, Inc. Legal Department, 525 Market Street, Suite 2004, San Francisco, California 94105, as attorneys for Defendant AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM in this action and that this substitution be entered into effect without further notice.

DATED:  June 3, 2010                           LAFAYETTE & KUMAGAI LLP

                                               */s/ Susan T. Kumagai*
                                               SUSAN T. KUMAGAI


                                               AT&T SERVICES, INC. LEGAL DEPARTMENT

DATED:  June 3, 2010                           */s/ J. Scott Paisley*
                                               J. SCOTT PAISLEY

June 4, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATION FOR SUBSTITUTION OF COUNSEL
(Case No. CV 08-04058 MHP)