R. Joseph Barton, CA Bar No. 212340
Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi, CA Bar No. 55133
Email: brinaldi@cohenmilstein.com
Robyn M. Swanson, Admitted *Pro Hac Vice*
Email: rswanson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Michelle L. Roberts, CA Bar No. 239092
Email: mlr@ssrlawgroup.com
Claire Kennedy-Wilkins, CA Bar No. 231897
Email: ckw@ssrlawgroup.com
**SPRINGER-SULLIVAN & ROBERTS LLP**
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| QUILLER BARNES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,<br><br>Defendant. | **CASE NO. 08-04058 MHP**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED NOTICE** |

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

1  WHEREAS, on August 31, 2010, in its Memorandum & Order Re: Plaintiff's Motion for
2  Class Certification of His Second and Third Claims for Relief, the Court ordered that within
3  thirty days of the entry of this order, Plaintiff shall submit to the court and serve on Defendant a
4  proposed form of notice to be sent to the class and that Defendant shall have fifteen days to
5  respond to the proposed notice;

6  WHEREAS, the Court's order was entered on September 1, 2010 (Docket No. 176);

7  WHEREAS, on October 1, 2010, Plaintiff filed a Notice of Pendency of Class Action,
8  Summary Notice of Pendency of Class Action (Docket No. 178), and a Proposed Order regarding
9  these notices (Docket No. 179);

10  WHEREAS, Defendant must file its response to Plaintiff's proposed form of notice by
11  October 15, 2010;

12  WHEREAS, the Parties believe that they may be able to resolve some differences
13  regarding the proposed form of notice and that Defendant's deadline to file its response should be
14  extended three business days to October 20, 2010 in order to permit the Parties to confer
15  regarding the notices.

16  **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

17  The deadline for Defendant to file its response to Plaintiff's proposed form of notice is
18  extended from October 15, 2010 to October 20, 2010.

| | | |
|---|---|---|
| 1 | Dated: October 15, 2010 | SPRINGER-SULLIVAN & ROBERTS LLP |
| 2 | | By: /S/ _____ |
| 3 | | MICHELLE L. ROBERTS |
| 4 | | ATTORNEYS FOR PLAINTIFF & CLASS |
| 5 | Dated: October 15, 2010 | LAFAYETTE & KUMAGAI |
| 6 | | BY: /S/ _____ |
| 7 | | REBECCA KIMURA |
| 8 | | ATTORNEYS FOR DEFENDANT |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Defendant to file its response to Plaintiff's proposed form of notice is extended from October 15, 2010 to October 20, 2010.

Dated: 10/18/2010  _____
Hon. _____
U.S. _____

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)