R. Joseph Barton, CA Bar No. 212340
Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi, CA Bar No. 55133
Email: brinaldi@cohenmilstein.com
Robyn M. Swanson, Admitted *Pro Hac Vice*
Email: rswanson@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Michelle L. Roberts, CA Bar No. 239092
Email: mlr@ssrlawgroup.com
Claire Kennedy-Wilkins, CA Bar No. 231897
Email: ckw@ssrlawgroup.com
**SPRINGER-SULLIVAN & ROBERTS LLP**
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| QUILLER BARNES,<br><br>Plaintiff,<br><br>v.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,<br><br>Defendant. | CASE NO. 08-04058 MHP<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER FURTHER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S PROPOSED NOTICE |

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on August 31, 2010, in its Memorandum & Order Re: Plaintiff's Motion

for Class Certification of His Second and Third Claims for Relief, the Court ordered that within thirty days of the entry of this order, Plaintiff shall submit to the court and serve on Defendant a proposed form of notice to be sent to the class and that Defendant shall have fifteen days to respond to the proposed notice;

WHEREAS, the Court's order was entered on September 1, 2010 (Docket No. 176);

WHEREAS, on October 1, 2010, Plaintiff filed a Notice of Pendency of Class Action, Summary Notice of Pendency of Class Action (Docket No. 178), and a Proposed Order regarding these notices (Docket No. 179);

WHEREAS, Defendant filed its response to Plaintiff's proposed form of notice on October 15, 2010 (Docket No. 182, 183);

WHEREAS, the Parties have met and conferred and have made some progress in resolving some differences regarding the proposed form of notice;

WHEREAS the parties request a further extension to October 26, 2010 to update this Court on the progress of those discussions.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The deadline for Defendant to file its amended response to Plaintiff's proposed form of notice is extended from October 20, 2010 to October 26, 2010.

JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEF'S RESPOSNE TO P'S PROPOSED NOTICE   (08-04058 MHP)

Dated: October 20, 2010         SPRINGER-SULLIVAN & ROBERTS LLP

By: /S/ _____
MICHELLE L. ROBERTS
ATTORNEYS FOR PLAINTIFF & CLASS

Dated: October 20, 2010         LAFAYETTE & KUMAGAI

BY: /S/ _____
REBECCA KIMURA
ATTORNEYS FOR DEFENDANT

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for Defendant to file its amended response to Plaintiff's proposed form of notice is extended from October 20, 2010 to October 26, 2010.

Dated: 10/25/2010

_____
Hon. Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA