R. Joseph Barton, CA Bar No. 212340
Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi, CA Bar No. 55133
Email: brinaldi@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Michelle L. Roberts, CA Bar No. 239092
Email: mlr@ssrlawgroup.com
Claire Kennedy-Wilkins, CA Bar No. 231897
Email: ckw@ssrlawgroup.com
**SPRINGER-SULLIVAN & ROBERTS LLP**
410 - 12th Street, Suite 325
Oakland, CA 94607
Tel: (510) 992-6130
Fax: (510) 280-7564

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| QUILLER BARNES, | CASE NO. 08-04058 MHP |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT AND DEFENDANT TO FILE ANSWER** |
| v. | |
| AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM, | |
| Defendant. | |

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on February 22, 2011 Plaintiff filed his Second Amended Class Action Complaint pursuant to the Court's instruction at the February 7, 2011 hearing on Plaintiff's Motion to Amend the Complaint;

WHEREAS, on March 1, 2011, the Court filed its Memorandum & Order Re: Motion to

1  Modify the Court's Class Certification Order; Motion to Amend the Complaint ordering Plaintiff
2  to file his Second Amended Complaint within fourteen days of the date of the Order, or March
3  14, 2011;
4      WHEREAS, Plaintiff intends to revise his Second Amended Class Action Complaint
5  consistent with the Order;
6      WHEREAS, Plaintiff requires additional time to March 18, 2011 to file his revised
7  Second Amended Class Action Complaint;
8      WHEREAS, Defendant does not oppose Plaintiff filing his revised Second Amended
9  Class Action Complaint by no later than March 18, 2011;
10     WHEREAS, Defendant seeks three weeks to file its answer to Plaintiff's Second
11 Amended Class Action Complaint, or until April 8, 2011; and
12     WHEREAS, Plaintiff does not oppose Defendant filing its answer to Plaintiff's Second
13 Amended Class Action Complaint by no later than April 8, 2011.
14     **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**
15     Plaintiff shall file his revised Second Amended Class Action Complaint by no later than
16 **March 18, 2011**. Defendant shall file its answer to Plaintiff's Second Amended Class Action
17 Complaint by no later than **April 8, 2011**.
18
19 Dated:  March 8, 2011      SPRINGER-SULLIVAN & ROBERTS LLP
20      By:  /S/
21      MICHELLE L. ROBERTS
22      ATTORNEYS FOR PLAINTIFF & CLASS
23 Dated:  March 8, 2011      PAUL, HASTINGS, JANOFSKY & WALKER LLP
24
25      BY:  /S/
26      PATRICK W. SHEA
     ATTORNEYS FOR DEFENDANT
27
28

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SAC AND ANSWER
(08-04058 MHP)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Plaintiff shall file his revised Second Amended Class Action Complaint by no later than **March 18, 2011**. Defendant shall file its answer to Plaintiff's Second Amended Class Action Complaint by no later than **April 8, 2011**.

Dated: 3/9/2011

Hon. _____
U.S.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

/S/
MICHELLE L. ROBERTS