1  [Counsel for the parties listed on next page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | QUILLER BARNES,                          | CASE NO.  08-04058 MHP
13 |                Plaintiff,                | JOINT STIPULATION AND [PROPOSED]
   |                                          | ORDER EXTENDING DEADLINE FOR
14 |         vs.                              | DEFENDANT TO ANSWER PLAINTIFF'S
   |                                          | REVISED SECOND AMENDED CLASS
15 | AT&T PENSION BENEFIT PLAN -               | ACTION COMPLAINT
   | NONBARGAINED PROGRAM,
16 |
   |                Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | R. JOSEPH BARTON (CA SB# 212340) |
| | Email: jbarton@cohenmilstein.com |
| 2 | BRUCE F. RINALDI (CA SB# 55133) |
| | Email: brinaldi@cohenmilstein.com |
| 3 | ROBYN M. SWANSON, *Pro Hac Vice* |
| | Email: rswanson@cohenmilstein.com |
| 4 | **COHEN MILSTEIN SELLERS & TOLL P LLC** |
| | 1100 New York Avenue, N.W. |
| 5 | West Tower, STE 500 |
| | Washington, DC 20005 |
| 6 | Telephone: (202) 408-4600 |
| | Facsimile: (202) 408-4699 |
| 7 | |
| | MICHELLE L. ROBERTS (CA SB# 239092) |
| 8 | Email: mlr@ssrlawgroup.com |
| | CLAIRE KENNEDY-WILKINS (CA SB# 231897) |
| 9 | Email: ckw@ssrlawgroup.com |
| | **SPRINGER-SULLIVAN & ROBERTS LLP** |
| 10 | 410 – 12th Street, Suite 325 |
| | Oakland, CA 94607 |
| 11 | Telephone: (510) 992-6130 |
| | Facsimile: (510) 280-7564 |
| 12 | |
| | *Attorneys for Plaintiff*, |
| 13 | QUILLER BARNES |
| 14 | J. SCOTT PAISLEY (CA SB# 94236) |
| | Email: jp2749@att.com |
| 15 | **AT&T SERVICES, INC.** |
| | 525 Market Street, Suite 2001 |
| 16 | San Francisco, CA 94105 |
| | Telephone: (415) 778-1213 |
| 17 | Facsimile: (415) 882-4458 |
| 18 | PATRICK SHEA (NY SB# 4587176), *Pro Hac Vice* |
| | Email: patrickshea@paulhastings.com |
| 19 | **PAUL, HASTINGS, JANOFSKY & WALKER LLP** |
| | 75 East 55th Street, First Floor |
| 20 | New York NY 10022 |
| | Telephone: (212) 318-6405 |
| 21 | Facsimile: (212) 752-2542 |
| 22 | STEPHEN H. HARRIS (CA SB# 184608) |
| | Email: stephenharris@paulhastings.com |
| 23 | M'ALYSSA MECENAS (CA SB# 272075) |
| | Email: malyssamecenas@paulhastings.com |
| 24 | **PAUL, HASTINGS, JANOFSKY & WALKER LLP** |
| | 515 South Flower Street |
| 25 | Twenty-Fifth Floor |
| | Los Angeles, CA 90071-2228 |
| 26 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |
| 27 | |
| 28 | |

Case No. 08-04058 MHP

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND TIME FOR DEF. TO
ANSWER PL.'S COMPLAINT

| | |
|---|---|
| 1 | REGAN A.W. HERALD (CA SB# 251879)<br>Email: reganherald@paulhastings.com |
| 2 | **PAUL, HASTINGS, JANOFSKY & WALKER LLP**<br>55 Second Street, 24th Floor |
| 3 | San Francisco, CA 94105<br>Telephone: (415) 856- 7000 |
| 4 | Facsimile: (415) 856-7100 |
| 5 | GARY T. LAFAYETTE (CA SB# 088666)<br>Email: glafayette@lkclaw.com |
| 6 | SUSAN T. KUMAGAI (CA SB# 127667)<br>Email: skumagai@lkclaw.com |
| 7 | REBECCA K. KIMURA (CA SB# 220420)<br>Email: rkimura@lkclaw.com |
| 8 | **LAFAYETTE & KUMAGAI LLP**<br>100 Spear Street, Suite 600 |
| 9 | San Francisco, CA  94105<br>Telephone: (415) 357-4600 |
| 10 | Facsimile: (415) 357-4605 |
| 11 | *Attorneys for Defendant,*<br>AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM |

Case No. 08-04058 MHP

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEF. TO ANSWER PL.'S COMPLAINT

1       Pursuant to this Court's Local Rule 6-1, Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, Plaintiff filed his Revised Second Amended Complaint on March 18, 2011, pursuant to the order of this Court dated March 9, 2011;

      WHEREAS, Plaintiff and Defendant previously have stipulated to extend until April 8, 2011 Defendant's time to file an Answer to the Revised Second Amended Complaint, and the Court granted such extension by Court order dated March 9, 2011;

      WHEREAS, Defendant has represented that it needs and has requested an extension of time until April 15, 2011 to file an Answer to the Revised Second Amended Complaint, due to the scheduling logistics of AT&T Pension Benefit Plan – NonBargained Program and undersigned counsel.

      WHEREAS, Plaintiff does not oppose Defendant filing its answer to Plaintiff's Revised Second Amended Complaint by no later than April 15, 2011.

      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

      The deadline for Defendant's time to answer Plaintiffs' Revised Second Amended Complaint is extended from **April 8, 2011** to **April 15, 2011**.

DATED: April 8, 2011

R. JOSEPH BARTON
COHEN MILSTEIN SELLERS & TOLL PLLC

By: _____/s/ R. Joseph Barton_____
      R. JOSEPH BARTON

Attorneys for Plaintiff
Quiller Barnes

DATED: April 8, 2011

PATRICK W. SHEA
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Patrick W. Shea_____
      PATRICK W. SHEA

Attorneys for Defendant
AT&T Pension Benefit Plan - NonBargained Program

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant shall file its Answer to Plaintiff's Revised Second Amended Class Action Complaint by no later than **April 15, 2011.**

DATED: 4/11/2011         By: _____
                              *IT IS SO ORDERED*
                              Judge Marilyn H. Patel

### SIGNATURE ATTESTATION

I, Patrick W. Shea, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: April 8, 2011        PATRICK W. SHEA
                            PAUL, HASTINGS, JANOFSKY & WALKER LLP


                            By:     /s/ Patrick W. Shea
                                    PATRICK W. SHEA

                            Attorneys for Defendant
                            AT&T Pension Benefit Plan - NonBargained Program