1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
Email:  jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
Email:  brinaldi@cohenmilstein.com
Robyn M. Swanson, *Pro Hac Vice*
Email:  rswanson@cohenmilstein.com
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Attorneys for Plaintiff & the Class*
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

*[Additional counsel listed on next page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES, | CASE NO. 08-04058 EMC (MEJ) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| vs. | |
| AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, | Chief Magistrate Judge Maria-Elena James |
| Defendant. | |

Case No. 08-04058 EMC (MEJ)
LEGAL_US_W # 69196918.1

JOINT STIPULATION AND [PROPOSED]
ORDER SCHEDULING SETTLEMENT
CONFERENCE

**SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
Email:  mlr@ssrlawgroup.com
Claire Kennedy-Wilkins (CA State Bar No. 231897)
Email:  ckw@ssrlawgroup.com
410 – 12th Street, Suite 325
Oakland, CA  94607
Telephone:  (510) 992-6130
Facsimile:  (510) 280-7564

*Attorneys for Plaintiff*
QUILLER BARNES

**PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683- 6000
Facsimile: (213) 627-0705

**PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
Email: reganherald@paulhastings.com

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

1   Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained

2   Program (collectively referred to as the "Parties"), acting through their respective counsel of

3   record, hereby stipulate as follows:

4   WHEREAS, the Court previously scheduled a settlement conference in the above-

5   captioned matter for Tuesday, September 20, 2011;

6   WHEREAS, the Court informed the Parties on Monday, September 19, 2011 that the

7   settlement conference was cancelled and that Wednesday, November 16, 2011 at 10 a.m. was

8   available as an alternate date for the rescheduled settlement conference; and

9   WHEREAS, the Parties have confirmed that they (or their designated representative) and

10  their counsel are available on this date,

11  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

12  The settlement conference in the above-captioned matter may be rescheduled from

13  **September 20, 2011** to **November 16, 2011**.

14  DATED:  September 23, 2011          R. JOSEPH BARTON
                                        COHEN MILSTEIN SELLERS & TOLL PLLC
15
                                        By:  _____ /s/ *R. Joseph Barton* _____
16                                                        R. JOSEPH BARTON

17                                      Attorneys for Plaintiff
                                        Quiller Barnes
18  DATED:  September 23, 2011          PATRICK W. SHEA
                                        PAUL HASTINGS LLP
19
                                        By:  _____ /s/ *Patrick W. Shea* _____
20                                                        PATRICK W. SHEA

21                                      Attorneys for Defendant
                                        AT&T Pension Benefit Plan - NonBargained Program
22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIGNATURE ATTESTATION

I, Patrick W. Shea, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  September 23, 2011

PATRICK W. SHEA
PAUL HASTINGS LLP

By: _____ /s/ *Patrick W. Shea* _____
                  PATRICK W. SHEA

Attorneys for Defendant
AT&T Pension Benefit Plan - NonBargained Program

1    The Court having considered that all parties agree to the continuance of the settlement

2    conference from September 20, 2011 to November 16, 2011, IT IS HEREBY ORDERED that the

3    settlement conference in the above-captioned matter shall take place on **Wednesday,**

4    **November 16, 2011, at 10:00 a.m. in Judge James' <u>CHAMBERS</u>**, located at the Federal

5    Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.  **The parties**

6    **shall immediately notify the Court if this matter settles or is dismissed before the settlement**

7    **conference date.**  On the date of the settlement conference, counsel and parties shall use the

8    telephone adjacent to chambers' security entrance to notify the Court of their arrival.

9

10    **IT IS SO ORDERED.**

11

12    DATED: ____September 27__, 2011    By: _____

13                                            HON. MARIA-ELENA JAMES
                                            Chief United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED]
ORDER SCHEDULING SETTLEMENT
CONFERENCE