Patrick W. Shea, Admitted *Pro Hac Vice*, NY Bar No. 4587176
Email: patrickshea@paulhastings.com
**PAUL HASTINGS LLP**
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

Stephen H. Harris, CA Bar No. 184608
Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas, CA Bar No. 272075
Email: malyssamecenas@paulhastings.com
**PAUL HASTINGS LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683- 6000
Facsimile: (213) 627-0705

Regan A.W. Herald, CA Bar No. 251879
Email: reganherald@paulhastings.com
**PAUL HASTINGS LLP**
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856- 7000
Facsimile: (415) 856-7100

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| QUILLER BARNES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM,<br><br>　　　　Defendant. | Case No. 08-04058 EMC (MEJ)<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: November 16, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom B, 15th Floor<br><br>Chief Magistrate Judge Maria-Elena James |

Pursuant to Federal Rule of Civil Procedure 16(f), Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively "the Parties") respectfully requests permission for its designated representative to appear telephonically for the Settlement Conference. The parties are filing a joint stipulation and proposed order to continue the settlement conference from September 20, 2011 to November 16, 2011 at 10:00 a.m. in Judge James' Chambers.

The settlement conference scheduled for September 20, 2011 was canceled by the Court on September 19, 2011. By the time Defendant's representative had received notice of this cancellation, he had already travelled to the West Coast from Texas, expending significant travel time and money. While Defendant's attorneys will attend the November 16, 2011 settlement conference in person, Defendant has a limited travel budget. Defendant therefore respectfully requests that the Court grant the request to permit its representative to appear telephonically for purposes of authorizing settlement.

Dated: September 23, 2011    PAUL HASTINGS LLP

By: /s/ *Patrick W. Shea*
Patrick W. Shea, Admitted *Pro Hac Vice*, NY Bar No. 4587176

***Attorneys for Defendant***

Case No. 08-04058 EMC (MEJ)

REQUEST FOR TELEPHONIC APPEARANCE
*BARNES V. AT&T,* CASE NO. 08-04058 EMC

1
2
3
4   **IT IS SO APPROVED:  The representative for Defendant AT&T Pension Benefit Plan – NonBargained Program, to be designated by Defendant's filed notice to the parties and the court pursuant to the ADR Local Rules, may appear telephonically for the settlement conference scheduled for on November 16, 2011 for the purposes of authorizing settlement.**

5
6   Dated:  September 27      , 2011         _____
7                                             Hon. Maria Elena James
                                              Chief U.S. Magistrate Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 08-04058 EMC (MEJ)                REQUEST FOR TELEPHONIC APPEARANCE
                                           *BARNES V. AT&T,* CASE NO. 08-04058 EMC