1  R. Joseph Barton, CA Bar No. 212340
   Email: jbarton@cohenmilstein.com
2  Bruce F. Rinaldi, CA Bar No. 55133
   Email: brinaldi@cohenmilstein.com
3  Robyn M. Swanson, Admitted *Pro Hac Vice*
   Email: rswanson@cohenmilstein.com
4  **COHEN MILSTEIN SELLERS & TOLL P LLC**
   1100 New York Avenue, N.W.
5  West Tower, STE 500
   Washington, DC 20005
6  Telephone:    (202) 408-4600
   Facsimile:    (202) 408-4699
7
   *Attorneys for Plaintiff & the Class*
8
   Patrick W. Shea, Admitted *Pro Hac Vice*, NY Bar No. 4587176
9  Email: patrickshea@paulhastings.com
   **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
10 75 East 55th Street
   New York, NY 10022
11 Telephone: (212) 318-6000
   Facsimile: (212) 319-4090
12
   *Attorneys for Defendant*
13 [Additional counsel listed on the next page]

14                     **UNITED STATES DISTRICT COURT**

15                     **NORTHERN DISTRICT OF CALIFORNIA**

16                           **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18  QUILLER BARNES, | Case No. 08-04058 EMC |
| 19            Plaintiff, | **JOINT STIPULATION AND [PROPOSED]** |
| 20  v. | **ORDER RE CASE SCHEDULE** |
| 21  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM, | |
| 22            Defendant. | |
| 23 | Judge Edward M. Chen |

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

1161879.1 1

JOINT STIPULATION AND [PROPOSED]
ORDER RE CASE SCHEDULE
CASE NO. 08-04058 EMC

1  Michelle L. Roberts, CA Bar No. 239092
   Email: mlr@ssrlawgroup.com
2  Claire Kennedy-Wilkins, CA Bar No. 231897
   Email: ckw@ssrlawgroup.com
3  **SPRINGER-SULLIVAN & ROBERTS LLP**
   410 – 12th Street, Suite 325
4  Oakland, CA 94607
   Telephone: (510) 992-6130
5  Facsimile: (510) 280-7564

6  *Attorneys for Plaintiff & the Class*
   QUILLER BARNES
7
   Stephen H. Harris, CA Bar No. 184608
8  Email: stephenharris@paulhastings.com
   M'Alyssa C. Mecenas, CA Bar No. 272075
9  Email: malyssamecenas@paulhastings.com
   **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
10 515 South Flower Street, 25th Floor
   Los Angeles, CA 90071
11 Telephone: (213) 683- 6000
   Facsimile: (213) 627-0705
12
   Regan A.W. Herald, CA Bar No. 251879
13 Email: reganherald@paulhastings.com
   **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
14 55 Second Street, 24th Floor
   San Francisco, CA 94105
15 Telephone: (415) 856- 7000
   Facsimile: (415) 856-7100
16
   *Attorneys for Defendant*
17 AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM

18

19

20

21

22

23

24

25

26

27

28

1161879.1 1

JOINT STIPULATION AND [PROPOSED]
ORDER RE CASE SCHEDULE
CASE NO. 08-04058 EMC

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on July 25, 2011, the Court ordered that the parties submit a stipulation regarding the new briefing schedule on the cross motions for summary judgment (to follow shortly after completion of settlement conference.) (Dkt. No. 265);

WHEREAS, the Parties completed a settlement conference with Magistrate Judge Maria-Elena James on November 16, 2011 but were unable to settle the case (Dkt. No. 281);

WHEREAS the Court also ordered the Parties to submit a Joint Stipulation setting forth a briefing schedule for summary judgment by no later than November 21, 2011 (Dkt. No. 277);

WHEREAS, the Parties have met and conferred regarding the briefing schedule on cross motions for summary judgment;

WHEREAS, the parties previously requested in their joint case management statement of June 22, 2011 (Dkt. No. 258), that the Court increase the number of allowable pages in light of the proposed consolidated briefing schedule to:

- 50 pages for Defendant's combined Cross-Motion and Opposition (the total number of combined pages Defendant normally would have available under Civil Local Rules 7-2(b) and 7-4(b) for both a Motion for Summary Judgment and an Opposition), and

- 40 pages for Plaintiff's combined Opposition and Reply (the total number of combined pages Plaintiff normally would have available under Civil Local Rule 7-4(b) for both an Opposition and a Reply).

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the following summary judgment briefing schedule shall apply**:**

1. Plaintiff's Motion for summary judgment on the question of Plan interpretation and standard of review to be filed by no later than January 13, 2012;

2. Defendant's combined Cross-Motion and Opposition to be filed by no later than February 3, 2012;

3. Plaintiff's combined Opposition and Reply to be filed by no later than February 28, 2012;

1  4. Defendant's Reply to be filed by no later than March 13, 2012; and

2  5. Hearing on Motions will be held on March 30, 2012.

3  6. The following page limitations shall apply for the parties combined briefing:

4  a. ~~50~~ 40 pages for Defendant's combined Cross-Motion and Opposition, and

5  b. ~~40~~ 25 pages for Plaintiff's combined Opposition and Reply.

Dated: November 21, 2011        COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ _____
R. Joseph Barton
Attorneys for Plaintiff & Class

Dated: November 21, 2011        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ _____
Patrick W. Shea
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**        (as modified above - Lines 4-6)

Dated: 11/29/11  _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatories on this document.

/S/
_____
MICHELLE L. ROBERTS

1161879.1 1        -2-        JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 08-04058 EMC

COHEN, MILSTEIN,
SELLERS & TOLL
PLLC