1  R. Joseph Barton, CA Bar No. 212340
   Email: jbarton@cohenmilstein.com
2  Bruce F. Rinaldi, CA Bar No. 55133
   Email: brinaldi@cohenmilstein.com
3  Robyn M. Swanson, Admitted *Pro Hac Vice*
   Email: rswanson@cohenmilstein.com
4  **COHEN MILSTEIN SELLERS & TOLL P LLC**
   1100 New York Avenue, N.W.
5  West Tower, STE 500
   Washington, DC  20005
6  Telephone:     (202) 408-4600
   Facsimile:     (202) 408-4699
7
   *Attorneys for Plaintiff & the Class*
8
   Patrick W. Shea, Admitted *Pro Hac Vice*, NY Bar No. 4587176
9  Email: patrickshea@paulhastings.com
   **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
10 75 East 55th Street
   New York, NY 10022
11 Telephone: (212) 318-6000
   Facsimile: (212) 319-4090
12
   *Attorneys for Defendant*
13 [Additional counsel listed on the next page]

14                 **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16                      **SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| 18  QUILLER BARNES, | Case No. 08-04058 EMC |
| 19         Plaintiff, | **SECOND JOINT STIPULATION AND [PR~~OPOS~~ED] ORDER RE CASE SCHEDULE** |
| 20  v. | |
| 21  AT&T PENSION BENEFIT PLAN - NONBARGAINED PROGRAM, | |
| 22         Defendant. | |
| 23 | Judge Edward M. Chen |
| 24 | |

25

26

27

28

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.
ATTORNEYS AT LAW

SECOND JOINT STIPULATION AND
[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 08-04058 EMC

Michelle L. Roberts, CA Bar No. 239092
Email: mlr@ssrlawgroup.com
Claire Kennedy-Wilkins, CA Bar No. 231897
Email: ckw@ssrlawgroup.com
**SPRINGER-SULLIVAN & ROBERTS LLP**
410 – 12th Street, Suite 325
Oakland, CA 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

*Attorneys for Plaintiff & the Class*
QUILLER BARNES

Stephen H. Harris, CA Bar No. 184608
Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas, CA Bar No. 272075
Email: malyssamecenas@paulhastings.com
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683- 6000
Facsimile: (213) 627-0705

Regan A.W. Herald, CA Bar No. 251879
Email: reganherald@paulhastings.com
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856- 7000
Facsimile: (415) 856-7100

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM

COHEN, MILSTEIN,
SELLERS & TOLL
P.L.L.C.

SECOND JOINT STIPULATION AND
[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 08-04058 EMC

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on July 25, 2011, the Court ordered that the parties submit a stipulation regarding the new briefing schedule on the cross motions for summary judgment (to follow shortly after completion of settlement conference.) (Dkt. No. 265);

WHEREAS, on August 15, 2011, Plaintiff served his Third Set of Document Requests Directed to Defendant requesting all documents related to the Benefit Plan Committee's ("BPC") August 2011 decision of the issues pending in this case;

WHEREAS, the Parties completed a settlement conference with Magistrate Judge Maria-Elena James on November 16, 2011 but were unable to settle the case (Dkt. No. 281);

WHEREAS, the Parties submitted a Joint Stipulation setting forth a briefing schedule for summary judgment on November 21, 2011 (Dkt. No. 282);

WHEREAS, the Court ordered the following schedule:

1. Plaintiff's Motion for summary judgment on the question of Plan interpretation and standard of review to be filed by no later than January 13, 2012;
2. Defendant's combined Cross-Motion and Opposition to be filed by no later than February 3, 2012;
3. Plaintiff's combined Opposition and Reply to be filed by no later than February 28, 2012;
4. Defendant's Reply to be filed by no later than March 13, 2012; and
5. Hearing on Motions will be held on March 30, 2012.
6. The following page limitations shall apply for the parties combined briefing:
   a. 40 pages for Defendant's combined Cross-Motion and Opposition, and
   b. 25 pages for Plaintiff's combined Opposition and Reply.

(Dkt. No. 287);

WHEREAS, Plaintiff filed his motion for summary judgment on January 13, 2012 (Dkt. No. 291) and an amended motion on January 17, 2012 (Dkt. No. 294);

1  WHEREAS, on January 11, 2012, Defendant provided Plaintiff with a privilege log of documents withheld in connection with the BPC's August 2011 decision;

WHEREAS, Plaintiffs sent a letter raising issues with respect to the adequacy of the privilege log on January 25, 2012;

WHEREAS counsel for the Parties held a telephonic meet and confer on February 15, 2012 regarding the discovery dispute related to the privilege log and withheld documents for which Plaintiff disputes are privileged, and Defendant's counsel intends to provide a proposal to reach compromise this week;

WHEREAS, the Court rescheduled the hearing on the Parties' motions for summary judgment from March 30, 2012 to April 6, 2012;

WHEREAS, Plaintiff believes that the documents withheld by Defendant are responsive to his August 15, 2011 document request and relevant to the issues in the Parties' motions;

WHEREAS, the Parties believe that additional time for the Parties to resolve the discovery dispute amongst themselves in advance of further briefing is in the interest of judicial economy;

WHEREAS, the Parties request that the Court extend the current case deadlines as follows:

1. Plaintiff's combined Opposition and Reply to be filed by no later than March 9, 2012; and
2. Defendant's Reply to be filed by no later than March 23, 2012.

WHEREAS, the Parties' request does not require rescheduling of the April 6, 2012 hearing.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that the following modifications to the summary judgment briefing schedule shall apply**:**

1. Plaintiff's combined Opposition and Reply to be filed by no later than March 9, 2012; and
2. Defendant's Reply to be filed by no later than March 23, 2012.

The previously ordered page limitations shall continue to apply.

| | | |
|---|---|---|
| 1 | Dated: February 23, 2012 | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 2 | | By: /s/ |
| 3 | | R. Joseph Barton<br>Attorneys for Plaintiff & Class |
| 4 | | |
| 5 | Dated: February 23, 2012 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 6 | | By: /s/<br>Patrick W. Shea |
| 7 | | Attorneys for Defendant |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/28/12

Hon. Ed[...]
U.S. Di[...]

*IT IS SO ORDERED*
*Judge Edward M. Chen*

### SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

/S/
_____
MICHELLE L. ROBERTS

-3-

SECOND JOINT STIPULATION AND
[PROPOSED] ORDER RE CASE SCHEDULE
CASE NO. 08-04058 EMC

COHEN, MILSTEIN,
SELLERS & TOLL
PLLC