**COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
Email: brinaldi@cohenmilstein.com
Robyn M. Swanson, *Pro Hac Vice*
Email: rswanson@cohenmilstein.com
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Plaintiff & the Class*
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

*[Additional counsel listed on next page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| QUILLER BARNES,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T PENSION BENEFIT PLAN –<br>NONBARGAINED PROGRAM,<br><br>        Defendant. | CASE NO. 08-04058 EMC<br><br>**JOINT STIPULATION SCHEDULING CASE MANAGEMENT CONFERENCE AND JOINT REQUEST TO APPEAR BY TELEPHONE; [PROPOSED] ORDER** |

**SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
Email: mlr@ssrlawgroup.com
Claire Kennedy-Wilkins (CA State Bar No. 231897)
Email: ckw@ssrlawgroup.com
410 – 12th Street, Suite 325
Oakland, CA 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564

*Attorneys for Plaintiff*
QUILLER BARNES


**PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, CA 90071
Telephone: (213) 683- 6000
Facsimile: (213) 627-0705

**PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
875 15th Street, N.W.
Washington, DC 20005
Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
Email: reganherald@paulhastings.com

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

Case No. 08-04058 EMC

-1-

JOINT STIP. SCHEDULING CMC AND JOINT REQUEST TO APPEAR BY TELEPHONE; [PROPOSED] ORDER

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, by order dated May 10, 2012, the Court set a case management conference in the above-captioned matter for Friday, May 25, 2012 at 10:30 a.m.;

WHEREAS, counsel for the Parties planned to confer regarding the joint case management statement during the week of May 14, 2012;

WHEREAS, due to the Defendant's lead counsel being in trial the weeks of May 13, 2012 and May 20, 2012, the Parties require additional time before the case management conference to meet and confer regarding the Parties' discovery plan and joint case management statement;

WHEREAS, the Parties' counsel are available for a case management conference on June 15, 2012 at 10:30 a.m. or on June 22, 2012 at 10:30 a.m.; and

WHEREAS, the Parties both seek to avoid the significant costs associated with counsel's travel to attend the case management conference,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The settlement conference in the above-captioned matter may be rescheduled from **May 25, 2012** to **June 15, 2012** or **June 22, 2012**. The Parties jointly and respectfully request permission for their counsel to appear telephonically for the case management conference on the date to be set by the Court.

DATED: May 16, 2012    By: _/s/ R. Joseph Barton_
                           R. JOSEPH BARTON

                       Attorneys for Plaintiff
                       Quiller Barnes

DATED: May 16, 2012    By: _/s/ Patrick W. Shea_
                           PATRICK W. SHEA

                       Attorneys for Defendant
                       AT&T Pension Benefit Plan - NonBargained Program

**SIGNATURE ATTESTATION**

I, Patrick W. Shea, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: May 16, 2012  PATRICK W. SHEA
PAUL HASTINGS LLP

By: _____/s/ *Patrick W. Shea*_____
PATRICK W. SHEA

Attorneys for Defendant
AT&T Pension Benefit Plan - NonBargained Program

1   [PROPOSED] ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED that the case management

3   conference in the above-captioned matter is hereby rescheduled from **May 25, 2012** to **June 22,**

4   **2012 at** 10:30 a.m. All deadlines associated with that conference are hereby reset. The

5   Parties' Joint Case Management Statement is now due no later than **June 15, 2012**.

6   FURTHER, IT IS SO APPROVED that counsel for both Parties may appear

7   telephonically at the case management conference.  The court will initiate the conference call between 10:30 a.m. and 11:30 a.m.

9   **IT IS SO ORDERED.**

11   DATED: ___May 18_____, 2012    By: _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Case No. 08-04058 EMC    -4-    JOINT STIP. SCHEDULING CMC AND JOINT REQUEST TO APPEAR BY TELEPHONE; [PROPOSED] ORDER