1 **COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
2 Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
3 Email: brinaldi@cohenmilstein.com
Robyn M. Swanson, *Pro Hac Vice*
4 Email: rswanson@cohenmilstein.com
1100 New York Avenue, N.W.
5 West Tower, STE 500
Washington, DC 20005
6 Telephone: (202) 408-4600
Facsimile: (202) 408-4699
7

*Attorneys for Plaintiff & the Class*
8 QUILLER BARNES

9 **PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
10 Email: patrickshea@paulhastings.com
75 East 55th Street
11 New York, NY 10022
Telephone: (212) 318-6000
12 Facsimile: (212) 319-4090

13 *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
14 NONBARGAINED PROGRAM

15

16 *[Additional counsel listed on next page]*

17

18                     **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20

| 21 QUILLER BARNES, | CASE NO. 08-04058 EMC |
| 22                 Plaintiff, | **JOINT STIPULATION MODIFYING DISCOVERY DEADLINES AND** |
| 23                 vs. | **EXTENDING CASE MANAGEMENT CONFERENCE; JOINT REQUEST TO** |
| 24 AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, | **APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE;** |
| 25                 Defendant. | **[PROPOSED] ORDER** (Modified) |
| 26 | |
| 27 | |

28

1 | **SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email: mlr@ssrlawgroup.com
Claire Kennedy-Wilkins (CA State Bar No. 231897)
3 | Email: ckw@ssrlawgroup.com
410 – 12th Street, Suite 325
4 | Oakland, CA 94607
Telephone: (510) 992-6130
5 | Facsimile: (510) 280-7564

6 | *Attorneys for Plaintiff*
QUILLER BARNES
7 |

8 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
9 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
10 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
11 | Los Angeles, CA 90071
Telephone: (213) 683- 6000
12 | Facsimile: (213) 627-0705

13 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
14 | 875 15th Street, N.W.
Washington, DC 20005
15 | Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
16 | Email: reganherald@paulhastings.com

17 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
18 | NONBARGAINED PROGRAM

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

-1-

JOINT STIP. MODIFYING DISCOVERY
DEADLINES AND EXTENDING CMC; JOINT
REQUEST TO APPEAR BY TELEPHONE;
[PROPOSED] ORDER

Case No. 08-04058 EMC

1   Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained

2   Program (collectively referred to as the "Parties"), acting through their respective counsel of record,

3   hereby stipulate as follows:

4   **EXTENSION OF DISCOVERY DEADLINES**

5   WHEREAS, during the Parties' telephonic case management conference on June 22, 2012,

6   the Court set a schedule of discovery and motion deadlines in the above-captioned matter;

7   WHEREAS, on August 6, 2012, Plaintiff served his Second Set of Requests for Admissions

8   Directed at Defendant and his Fifth Set of Interrogatories to Defendant; on August 10, 2012,

9   Plaintiff served his Sixth Set of Interrogatories to Defendant; and on August 22, 2012, Defendant

10  agreed to respond to Plaintiff's Fourth Set of Interrogatories to Defendant regarding Defendant's

11  affirmative defenses with respect to Plaintiff only;

12  WHEREAS, on August 10, 2012, Defendant served its First Set of Interrogatories to Plaintiff

13  and First Set of Requests for Admissions Directed at Plaintiff;

14  WHEREAS, in responding to some of the Parties' various discovery requests, it would be

15  useful for the responding Party to consult with their respective experts regarding their responses to

16  discovery;

17  WHEREAS, the Parties therefore require additional time to prepare their written responses

18  to these already-propounded discovery requests, and the Parties' experts require additional time to

19  prepare their expert reports for their designation;

20  WHEREAS, the Parties met and conferred on September 5, 2012 and on September 6, 2012

21  and agree that it is in the Parties' and the Court's interests to extend the schedule of expert discovery

22  deadlines, and agree that the extension of the discovery cut-off date does not enlarge the Parties'

23  right to propound additional discovery requests;

24  **CASE MANAGEMENT CONFERENCE SCHEDULING**

25  WHEREAS, by order dated September 4, 2012, the Court set a case management conference

26  in the above-captioned matter for Friday, November 2, 2012 at 11:30 a.m.;

27

28

Case No. 08-04058 EMC

JOINT STIP. MODIFYING DISCOVERY
DEADLINES AND EXTENDING CMC;  JOINT
REQUEST TO APPEAR BY TELEPHONE;
[PROPOSED] ORDER

WHEREAS, the Plaintiff's lead counsel will not be available on November 2, 2012, due to a previously planned vacation that cannot be rescheduled, and Defendant's lead counsel will not be available on November 9, 2012, due to conflicting commitments that cannot be rescheduled;

WHEREAS, the Parties' counsel are available for a case management conference on November 16, 2012 at 11:30 a.m., and the Parties agree to file an updated Joint Case Management Statement by November 9, 2012;

WHEREAS, the Parties both seek to avoid the significant costs associated with counsel's travel to attend the case management conference;

WHEREAS, the Parties do not expect that this stipulation to revise the discovery deadlines or this stipulated request for continuance of the case management conference will require any changes in the ADR process or schedule.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1.      The discovery schedule in the above-captioned matter shall be revised as follows:

|  | Deadline Previously Set by the Court in the Parties' June 22, 2012 Case Management Conference | Parties' Stipulated Deadline |
|---|---|---|
| Designation of experts and initial expert disclosures and close of fact discovery | 9/10/12 | 9/24/12 |
| Rebuttal expert disclosures | 10/10/12 | 10/22/12 |
| Close of expert discovery | 11/16/12 | 11/30/12 |
| Motion(s) for summary judgment due | 1/9/13 | No change |
| Opposition | 2/8/13 | No change |
| Reply | 2/22/13 | No change |
| Hearing on Motion(s) for summary judgment | 3/8/13 at 1:30 pm | No change |

2.      The close of fact discovery shall be extended until September 24, 2012 solely for the purpose of the Parties responding to the outstanding interrogatories and requests for admission listed

-3-

above in this Stipulation and moving to compel responses to that outstanding discovery.  No other deadlines with respect to fact discovery shall be reset and the extension of these discovery deadlines does not enlarge the Parties' right to propound additional discovery.

3.      The Parties have each agreed to waive any objection to the already propounded interrogatories on the basis that the number of interrogatories served exceed the default numerical limit imposed by Rule 33(a)(1), but retain and reserve the right to seek any other objections to such discovery.

4.      Further, the case management conference in the above-captioned matter may be rescheduled from **November 2, 2012** to **November 16, 2012**.  The Parties jointly and respectfully request permission for their counsel to appear telephonically for the case management conference on the date to be set by the Court.  The Parties shall file an updated CMC statement by **November 9, 2012.**

DATED:  September 7, 2012          By: _____/s/ *R. Joseph Barton*_____
                                                                   R. JOSEPH BARTON

                                                           Attorneys for Plaintiff
                                                           Quiller Barnes

DATED:  September 7, 2012          By: _____/s/ *Patrick W. Shea*_____
                                                                   PATRICK W. SHEA

                                                           Attorneys for Defendant
                                                           AT&T Pension Benefit Plan - Nonbargained Program

### SIGNATURE ATTESTATION

I, Patrick W. Shea, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  September 7, 2012          PATRICK W. SHEA
                                                           PAUL HASTINGS LLP

                                                           By: _____/s/ *Patrick W. Shea*_____
                                                                   PATRICK W. SHEA

                                                           Attorneys for Defendant
                                                           AT&T Pension Benefit Plan - Nonbargained Program

JOINT STIP. MODIFYING DISCOVERY
DEADLINES AND EXTENDING CMC;  JOINT
REQUEST TO APPEAR BY TELEPHONE;
[PROPOSED] ORDER

Case No. 08-04058 EMC

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court adopts the Parties' stipulated discovery and motion deadlines as follows:

| Designation of experts and initial expert disclosures and close of fact discovery | 9/24/12 |
|---|---|
| Rebuttal expert disclosures | 10/22/12 |
| Close of expert discovery | 11/30/12 |
| Motion(s) for summary judgment due | 1/9/13 |
| Opposition | 2/8/13 |
| Reply | 2/22/13 |
| Hearing on Motion(s) for summary judgment | 3/8/13 at 1:30 pm |

The close of fact discovery shall be extended until September 24, 2012 solely for the purpose of the Parties responding to the outstanding interrogatories and requests for admission listed above in this Stipulation and moving to compel responses to that outstanding discovery. No other deadlines with respect to fact discovery shall be reset and this new discovery schedule does not enlarge the Parties' right to propound additional discovery.

FURTHER, IT IS SO ORDERED that the case management conference in the above-captioned matter is hereby rescheduled from **November 2, 2012** to **November ~~16~~ 30, 2012 at** ~~11:30 a.m.~~ _____. All deadlines associated with that conference are hereby reset, except that the Parties' Joint Case Management Statement still shall be filed by **November ~~9~~ 21, 2012**.

FURTHER, IT IS SO APPROVED that counsel for both Parties may appear telephonically at the case management conference. Plaintiff counsel to coordinate conference call and call the Court last at (415) 522-2117 at 11:30 a.m.

**IT IS SO ORDERED.**

DATED: _____ September 10 _____, 2012   By: _____



HON. EDWARD M. CHEN
United States District Court

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

JOINT STIP. MODIFYING DISCOVERY
DEADLINES AND EXTENDING CMC; JOINT
REQUEST TO APPEAR BY TELEPHONE;
[PROPOSED] ORDER

Case No. 08-04058 EMC