1 | **COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
2 | Email:  jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
3 | Email:  brinaldi@cohenmilstein.com
Robyn M. Swanson, *Pro Hac Vice*
4 | Email:  rswanson@cohenmilstein.com
1100 New York Avenue, N.W.
5 | West Tower, STE 500
Washington, DC  20005
6 | Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
7 |
*Attorneys for Plaintiff & the Class*
8 | QUILLER BARNES

9 | **PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
10 | Email: patrickshea@paulhastings.com
75 East 55th Street
11 | New York, NY 10022
Telephone: (212) 318-6000
12 | Facsimile: (212) 319-4090

13 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
14 | NONBARGAINED PROGRAM

15 |
*[Additional counsel listed on next page]*
16 |

17 |

18 | **UNITED STATES DISTRICT COURT**

19 | **NORTHERN DISTRICT OF CALIFORNIA**

20 |

21 | QUILLER BARNES,                          CASE NO. 08-04058 EMC

22 |                 Plaintiff,              **JOINT STIPULATION MODIFYING
                                             DISCOVERY DEADLINES; [PROPOSED]**
23 |         vs.                            **ORDER**

24 | AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM,
25 |
                Defendant.
26 |

27 |

28 |

JOINT STIP. MODIFYING DISCOVERY
DEADLINES; [PROPOSED] ORDER

Case No. 08-04058 EMC

1  **SPRINGER-SULLIVAN & ROBERTS LLP**
   Michelle L. Roberts (CA State Bar No. 239092)
2  Email:  mlr@ssrlawgroup.com
   Claire Kennedy-Wilkins (CA State Bar No. 231897)
3  Email:  ckw@ssrlawgroup.com
   410 – 12th Street, Suite 325
4  Oakland, CA  94607
   Telephone:  (510) 992-6130
5  Facsimile:  (510) 280-7564

6  *Attorneys for Plaintiff*
   QUILLER BARNES
7

8  **PAUL HASTINGS LLP**
   Stephen H. Harris (CA State Bar No. 184608)
9  Email: stephenharris@paulhastings.com
   M'Alyssa C. Mecenas (CA State Bar No. 272075)
10 Email: malyssamecenas@paulhastings.com
   515 South Flower Street, 25th Floor
11 Los Angeles, CA 90071
   Telephone: (213) 683- 6000
12 Facsimile: (213) 627-0705

13 **PAUL HASTINGS LLP**
   Regan A.W. Herald (CA State Bar No. 251879)
14 875 15th Street, N.W.
   Washington, DC 20005
15 Telephone: (202) 551- 1700
   Facsimile: (202) 551-1705
16 Email: reganherald@paulhastings.com

17 *Attorneys for Defendant*
   AT&T PENSION BENEFIT PLAN –
18 NONBARGAINED PROGRAM

19

20

21

22

23

24

25

26

27

28

-1-

JOINT STIP. MODIFYING DISCOVERY
DEADLINES; [PROPOSED] ORDER

Case No. 08-04058 EMC

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

**EXTENSION OF DISCOVERY DEADLINES**

WHEREAS, on September 7, 2012, the Parties jointly stipulated to a modified schedule of discovery and motion deadlines in the above-captioned matter, which the Court adopted by Order dated September 10, 2012;

WHEREAS, the Parties previously stipulated to September 24, 2012 as the close of fact discovery and the deadline to designate experts and initial expert disclosures;

WHEREAS, Plaintiff intends to dismiss Counts III and IV, and because Count IV has been certified as a class action, Plaintiff requires additional time to prepare the necessary documentation to effect the dismissal of Counts III and IV;

WHEREAS, the Parties conferred on September 20, 2012 and agree that it is in the Parties' and the Court's interests to extend the schedule of expert discovery deadlines, and agree that the extension of the discovery cut-off date does not enlarge the Parties' right to propound additional discovery requests and would further the interests of judicial efficiency and conserve each Party's resources;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. The discovery schedule in the above-captioned matter shall be revised as follows:

| | Deadline Previously Set by the Court in its September 10, 2012 Order | Parties' Stipulated Deadline |
|---|---|---|
| Designation of experts and initial expert disclosures and close of fact discovery | 9/24/12 | 10/8/12 |
| Rebuttal expert disclosures | 10/22/12 | 11/5/12 |
| Close of expert discovery | 11/30/12 | 12/14/12 |
| Motion(s) for summary judgment due | 1/9/13 | No change |

-2-

JOINT STIP. MODIFYING DISCOVERY
DEADLINES; [PROPOSED] ORDER

Case No. 08-04058 EMC

| | | |
|---|---|---|
| Opposition | 2/8/13 | No change |
| Reply | 2/22/13 | No change |
| Hearing on Motion(s) for summary judgment | 3/8/13 at 1:30 pm | No change |

2.      The close of fact discovery shall be extended until October 8, 2012 solely for the purpose of the Parties responding to the outstanding interrogatories and requests for admission listed in the Parties' Joint Stipulation dated September 7, 2012, and moving to compel responses to that outstanding discovery.  No other deadlines with respect to fact discovery shall be reset and the extension of these discovery deadlines does not enlarge the Parties' right to propound additional discovery.

DATED:  September 24, 2012          By: _____ /s/ R. Joseph Barton _____
                                                                   R. JOSEPH BARTON

                                                          Attorneys for Plaintiff
                                                          Quiller Barnes

DATED:  September 24, 2012          By: _____ /s/ Patrick W. Shea _____
                                                                   PATRICK W. SHEA

                                                          Attorneys for Defendant
                                                          AT&T Pension Benefit Plan - Nonbargained Program


**SIGNATURE ATTESTATION**

I, Patrick W. Shea, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  September 24, 2012          PATRICK W. SHEA
                                                          PAUL HASTINGS LLP

                                                          By: _____ /s/ Patrick W. Shea _____
                                                                   PATRICK W. SHEA

                                                          Attorneys for Defendant
                                                          AT&T Pension Benefit Plan - Nonbargained Program

-3-                                   JOINT STIP. MODIFYING DISCOVERY
                                                          DEADLINES; [PROPOSED] ORDER

Case No. 08-04058 EMC

1          [PROPOSED] ORDER

2          PURSUANT TO STIPULATION, IT IS SO ORDERED that the Court adopts the Parties'

3     stipulated discovery and motion deadlines as follows:

4

| | |
|---|---|
| Designation of experts and initial expert disclosures and close of fact discovery | 10/8/12 |
| Rebuttal expert disclosures | 11/5/12 |
| Close of expert discovery | 12/14/12 |
| Motion(s) for summary judgment due | 1/9/13 |
| Opposition | 2/8/13 |
| Reply | 2/22/13 |
| Hearing on Motion(s) for summary judgment | 3/8/13 at 1:30 pm |

13          The close of fact discovery shall be extended until October 8, 2012 solely for the purpose of

14    the Parties responding to the outstanding interrogatories and requests for admission listed above in

15    this Stipulation and moving to compel responses to that outstanding discovery.  No other deadlines

16    with respect to fact discovery shall be reset and this new discovery schedule does not enlarge the

17    Parties' right to propound additional discovery.

18          **IT IS SO ORDERED.**

19

20    DATED: _____9/27_____, 2012      By: _____

21                                        HON. EDW
                                          United States



-4-