1  **COHEN MILSTEIN SELLERS & TOLL PLLC**
   R. Joseph Barton (CA State Bar No. 212340)
2  Email: jbarton@cohenmilstein.com
   Bruce F. Rinaldi (CA State Bar No. 55133)
3  Email: brinaldi@cohenmilstein.com
   1100 New York Avenue, N.W.
4  West Tower, STE 500
   Washington, DC 20005
5  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699
6
   *Attorneys for Plaintiff & the Class*
7  QUILLER BARNES

8  **PAUL HASTINGS LLP**
   Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
9  Email: patrickshea@paulhastings.com
   75 East 55th Street
10 New York, NY 10022
   Telephone: (212) 318-6000
11 Facsimile: (212) 319-4090

12 *Attorneys for Defendant*
   AT&T PENSION BENEFIT PLAN –
13 NONBARGAINED PROGRAM
   *[Additional counsel listed on next page]*
14

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17

18 | QUILLER BARNES,                          | CASE NO. 08-04058 EMC

              Plaintiff,                      **JOINT STIPULATION AND
19                                            [PROPOSED] ORDER MODIFYING
        vs.                                   NOTICED HEARING DATE RE:
20                                            PLAINTIFF'S MOTION RE:
   AT&T PENSION BENEFIT PLAN –                DISMISSAL OF COUNTS III AND IV;
21 NONBARGAINED PROGRAM,                     CLASS NOTICE; AND
                                              MODIFICATION OF THE COURT'S
22            Defendant.                      SUMMARY JUDGMENT ORDER (D.E.
                                              # 309) WITH RESPECT TO
23                                            ANNUITANT CLASS MEMBERS**

24

25

26

27

28

1 | **SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email: mlr@ssrlawgroup.com
410 – 12thStreet, Suite 325
3 | Oakland, CA 94607
Telephone: (510) 992-6130
4 | Facsimile: (510) 280-7564

5 | *Attorneys for Plaintiff*
QUILLER BARNES

6

7 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
8 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
9 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
10 | Los Angeles, CA 90071
Telephone: (213) 683- 6000
11 | Facsimile: (213) 627-0705

12 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
13 | 875 15th Street, N.W.
Washington, DC 20005
14 | Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
15 | Email: reganherald@paulhastings.com

16 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
17 | NONBARGAINED PROGRAM

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 11, 2012, the Court issued an order requiring Plaintiff to file a motion addressing whether class notice is required for Count III and/or Count IV and whether dismissal of Count IV is fair reasonable and adequate, Defendant to file an opposition 21 days thereafter, and Plaintiff to file any reply within 14 days thereafter (D.E. #321);

WHEREAS, on November 1, 2012, Plaintiff filed PLAINTIFF'S MOTION RE: DISMISSAL OF COUNTS III AND IV; CLASS NOTICE; AND MODIFICATION OF THE COURT'S SUMMARY JUDGMENT ORDER (D.E. # 309) WITH RESPECT TO ANNUITANT CLASS MEMBERS (D.E. # 323) and noticed a hearing for December 14, 2012, 35 days following the date the motion was filed;

WHEREAS, under the briefing schedule set forth in the October 11, 2012 Order, which the Parties would like to keep, Defendant's Response is due on November 22, 2012 and Plaintiff's Reply is due on December 6, 2012;

WHEREAS, a December 14, 2012 hearing date is less than two weeks after the due date for Plaintiff's Reply; and

WHEREAS, the earliest available hearing date based on Plaintiff's Reply due date is December 21, 2012 and the Parties are available and agree to change Plaintiff's noticed hearing date from December 14, 2012 to December 21, 2012.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The noticed hearing date for PLAINTIFF'S MOTION RE: DISMISSAL OF COUNTS III AND IV; CLASS NOTICE; AND MODIFICATION OF THE COURT'S SUMMARY JUDGMENT ORDER (D.E. # 309) WITH RESPECT TO ANNUITANT CLASS MEMBERS (D.E. # 323) of December 14, 2012 shall be changed to December 21, 2012.

| | | |
|---|---|---|
| DATED: November 9, 2012 | By: | /s/ *Michelle L. Roberts* |
| | | MICHELLE L. ROBERTS |

Attorneys for Plaintiff
Quiller Barnes

| | | |
|---|---|---|
| DATED: November 9, 2012 | By: | /s/ *Patrick W. Shea* |
| | | PATRICK W. SHEA |

Attorneys for Defendant
AT&T Pension Benefit Plan - Nonbargained Program

## SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: November 9, 2012      SPRINGER-SULLIVAN & ROBERTS LLP

| | | |
|---|---|---|
| | By: | /s/ *Michelle L. Roberts* |
| | | MICHELLE L. ROBERTS |

Attorneys for Plaintiff

1  [PROPOSED] ORDER

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3  Defendant shall file an opposition or response to PLAINTIFF'S MOTION RE: DISMISSAL OF COUNTS III AND IV; CLASS NOTICE; AND MODIFICATION OF THE COURT'S SUMMARY JUDGMENT ORDER (D.E. # 309) WITH RESPECT TO ANNUITANT CLASS MEMBERS (D.E. # 323) by no later than November 22, 2012 and Plaintiff shall file any Reply by no later than December 6, 2012. Plaintiff's motion shall be heard on December 21, 2012 at 1:30 p.m. or as soon thereafter as practicable.

DATED: ____Dec. 13____, 2012           By: _____

HON. EDWARD M. CHEN
United States District Court



IT IS SO ORDERED
Judge Edward M. Chen

Case No. 08-04058 EMC
1647371.1 1

-4-

JOINT STIP. MODIFYING OPPOSITION & REPLY DEADLINES; [PROPOSED] ORDER