1 | **COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
2 | Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
3 | Email: brinaldi@cohenmilstein.com
1100 New York Avenue, N.W.
4 | West Tower, STE 500
Washington, DC 20005
5 | Telephone: (202) 408-4600
Facsimile: (202) 408-4699

***Attorneys for Plaintiff & the Class***
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

***Attorneys for Defendant***
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM
*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>    Plaintiff,<br><br>vs.<br><br>AT&T PENSION BENEFIT PLAN –<br>NONBARGAINED PROGRAM,<br><br>    Defendant. | CASE NO. 08-04058 EMC<br><br>**JOINT STIPULATION & [~~PROPOSED~~]<br>ORDER SCHEDULING CASE<br>MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | **SPRINGER-SULLIVAN & ROBERTS LLP** |
| | Michelle L. Roberts (CA State Bar No. 239092) |
| 2 | Email: mlr@ssrlawgroup.com |
| | 410 – 12thStreet, Suite 325 |
| 3 | Oakland, CA 94607 |
| | Telephone: (510) 992-6130 |
| 4 | Facsimile: (510) 280-7564 |
| 5 | *Attorneys for Plaintiff* |
| | QUILLER BARNES |
| 6 | |
| 7 | **PAUL HASTINGS LLP** |
| | Stephen H. Harris (CA State Bar No. 184608) |
| 8 | Email: stephenharris@paulhastings.com |
| | M'Alyssa C. Mecenas (CA State Bar No. 272075) |
| 9 | Email: malyssamecenas@paulhastings.com |
| | 515 South Flower Street, 25th Floor |
| 10 | Los Angeles, CA 90071 |
| | Telephone: (213) 683- 6000 |
| 11 | Facsimile: (213) 627-0705 |
| 12 | **PAUL HASTINGS LLP** |
| | Regan A.W. Herald (CA State Bar No. 251879) |
| 13 | 875 15th Street, N.W. |
| | Washington, DC 20005 |
| 14 | Telephone: (202) 551- 1700 |
| | Facsimile: (202) 551-1705 |
| 15 | Email: reganherald@paulhastings.com |
| 16 | *Attorneys for Defendant* |
| | AT&T PENSION BENEFIT PLAN – |
| 17 | NONBARGAINED PROGRAM |

Case No. 08-04058 EMC

-1-

JOINT STIPULATION RE CMC; [PROPOSED] ORDER

1  Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained
2 Program (collectively referred to as the "Parties"), acting through their respective counsel of record,
3 hereby stipulate as follows:
4  WHEREAS, on September 10, 2012, the Court ordered the rescheduling of the case
5 management conference in the above-captioned matter from November 2, 2012 to November 30,
6 2012 (D.E. #317);
7  WHEREAS, on October 5, 2012 the Parties filed the Stipulation on Partial Dismissal of
8 Remaining Claims & [Proposed] Order (D.E. #320);
9  WHEREAS, on October 11, 2012, the Court ordered Plaintiff to file a motion addressing
10 whether class notice is required for the dismissal of Count III and/or Count IV, for Defendant to file
11 an opposition 21 days thereafter, and for Plaintiff to file any reply within 14 days thereafter (D.E.
12 #321);
13  WHEREAS, on November 1, 2012, Plaintiff filed PLAINTIFF'S MOTION RE:
14 DISMISSAL OF COUNTS III AND IV; CLASS NOTICE; AND MODIFICATION OF THE
15 COURT'S SUMMARY JUDGMENT ORDER (D.E. # 309) WITH RESPECT TO ANNUITANT
16 CLASS MEMBERS (D.E. # 323);
17  WHEREAS, the hearing on Plaintiff's above-referenced motion is set for December 21, 2012
18 at 1:30 p.m. (D.E. #327);
19  WHEREAS, in light of Plaintiff's pending motion regarding the dismissal of the case, the
20 Parties do not believe that a case management conference prior to the hearing and/or a decision on
21 Plaintiff's motion is necessary or an efficient use of judicial resources;
22  WHEREAS, the Parties seek to reschedule the case management conference to March 15,
23 2013 or, in the alternative, to December 21 2012;
24 IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:
25  The case management conference in the above-captioned matter may be rescheduled from
26 November 30, 2012 to March 15, 2013 (or, in the alternative, to December 21, 2012).  The Parties
27 shall file an updated joint case management conference statement by no later than seven days before
28 the rescheduled case management conference.

Case No. 08-04058 EMC -2- JOINT STIPULATION RE CMC; [PROPOSED] ORDER

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on September 10, 2012, the Court ordered the rescheduling of the case management conference in the above-captioned matter from November 2, 2012 to November 30, 2012 (D.E. #317);

WHEREAS, on October 5, 2012 the Parties filed the Stipulation on Partial Dismissal of Remaining Claims & [Proposed] Order (D.E. #320);

WHEREAS, on October 11, 2012, the Court ordered Plaintiff to file a motion addressing whether class notice is required for the dismissal of Count III and/or Count IV, for Defendant to file an opposition 21 days thereafter, and for Plaintiff to file any reply within 14 days thereafter (D.E. #321);

WHEREAS, on November 1, 2012, Plaintiff filed PLAINTIFF'S MOTION RE: DISMISSAL OF COUNTS III AND IV; CLASS NOTICE; AND MODIFICATION OF THE COURT'S SUMMARY JUDGMENT ORDER (D.E. # 309) WITH RESPECT TO ANNUITANT CLASS MEMBERS (D.E. # 323);

WHEREAS, the hearing on Plaintiff's above-referenced motion is set for December 21, 2012 at 1:30 p.m. (D.E. #327);

WHEREAS, in light of Plaintiff's pending motion regarding the dismissal of the case, the Parties do not believe that a case management conference prior to the hearing and/or a decision on Plaintiff's motion is necessary or an efficient use of judicial resources;

WHEREAS, the Parties seek to reschedule the case management conference to March 15, 2013 or, in the alternative, to December 21 2012;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

The case management conference in the above-captioned matter may be rescheduled from November 30, 2012 to March 15, 2013 (or, in the alternative, to December 21, 2012). The Parties shall file an updated joint case management conference statement by no later than seven days before the rescheduled case management conference.

DATED: November 20, 2012   By:       /s/ *Michelle L. Roberts*
                                                                MICHELLE L. ROBERTS

Attorneys for Plaintiff
Quiller Barnes

DATED: November 20, 2012   By:       /s/ *Patrick W. Shea*
                                                                PATRICK W. SHEA

Attorneys for Defendant
AT&T Pension Benefit Plan - Nonbargained Program

## SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: November 20, 2012   SPRINGER-SULLIVAN & ROBERTS LLP

                                          By:       /s/ *Michelle L. Roberts*
                                                                    MICHELLE L. ROBERTS
                                                                    Attorneys for Plaintiff

1 [~~PR~~OP~~O~~SED] ORDER

2 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3 The case management conference is the above-captioned matter is hereby rescheduled from November 30, 2012 to March ~~15~~ 14, 2013 at ~~9:00 a.m.~~ 10:30 a.m. [or ~~December 21, 2012 at 1:30 p.m.~~]. All deadlines associated with that conference are hereby reset, except that the Parties' Joint Case Management Statement shall be filed by March ~~8~~ 7, 2013 [or ~~December 14, 2012~~].

DATED: <u>  11/21  </u>, 2012    By: _____
HON. EDWARD M. CHEN
United States District Court

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Case No. 08-04058 EMC  -4-  JOINT STIPULATION RE CMC; [PROPOSED] ORDER