**COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
Email:  jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
Email:  brinaldi@cohenmilstein.com
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, DC 20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

**Attorneys for Plaintiff & the Class**
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

**Attorneys for Defendant**
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES, | CASE NO. 08-04058 EMC |
| Plaintiff, | **JOINT STATEMENT, STIPULATION AND [PROPOSED] ORDER REGARDING ISSUANCE OF CLASS NOTICE RE PARTIAL DISMISSAL OF CLAIMS** |
| vs. | |
| AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, | |
| Defendant. | |

Case No. 08-04058 EMC

1633062.1 1

JOINT STATEMENT, STIPULATION AND
PROPOSED ORDER RE ISSUANCE OF
CLASS NOTICE RE PARTIAL DISMISSAL
OF CLAIMS

1 | **SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email: mlr@ssrlawgroup.com
410 – 12th Street, Suite 325
3 | Oakland, CA 94607
Telephone: (510) 992-6130
4 | Facsimile: (510) 280-7564

5 | *Attorneys for Plaintiff*
QUILLER BARNES

6 |

7 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
8 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
9 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
10 | Los Angeles, CA 90071
Telephone: (213) 683-6000
11 | Facsimile: (213) 627-0705

12 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
13 | 875 15th Street, N.W.
Washington, DC 20005
14 | Telephone: (202) 551-1700
Facsimile: (202) 551-1705
15 | Email: reganherald@paulhastings.com

16 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
17 | NONBARGAINED PROGRAM

---

Case No. 08-04058 EMC

-1-

JOINT STATEMENT, STIPULATION AND PROPOSED ORDER RE ISSUANCE OF CLASS NOTICE RE PARTIAL DISMISSAL OF CLAIMS

1633062.1 1

1   Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained
2   Program (collectively referred to as the "Parties"), acting through their respective counsel of record,
3   hereby stipulate as follows regarding the issuance of class notice:
4   WHEREAS, by Order dated January 2, 2013, the Court directed the Parties to issue notice to
5   the Class in the form attached as an exhibit to the Parties' joint letter of December 19, 2012 at
6   Docket No. 337 (exhibit) ("Class Notice").  (D.E. #340).
7   WHEREAS, the Court further directed that upon the mailing of the Class Notice, the Parties
8   should file a statement with the Court identifying (1) the date that the notice was mailed and (2) the
9   date by which a party must intervene (i.e., 45 days following the date of mailing).  *Id.*
10  WHEREAS, on January 7, 2013, Plaintiff's counsel prepared the Class Notice for mailing.
11  The Class Notice was modified to inform Class Members that the deadline to intervene is Thursday,
12  February 21, 2013, calculated as 45 days following the date of mailing.
13  WHEREAS, the Class Notice that was approved by the Court at Docket No. 337 (exhibit)
14  did not include a deadline by which a Class Member must object or oppose a fee motion by Plaintiff,
15  but rather left a blank in the form.  (*See* D.E. #337 at No. 8.)
16  WHEREAS, counsel for the Parties conferred regarding Class Members' deadline to submit
17  any objection or opposition to Plaintiff's fee motion and agreed that Class Members would be given
18  10 days to object or oppose the fee motion, in order to provide Defendant sufficient time to address
19  any objection in its response to Plaintiff's fee motion, which would be due within 14 days of
20  Plaintiff's filing.
21  WHEREAS, upon revising the Class Notice to add "10" for the number of days following
22  the filing of Plaintiff's anticipated fee motion for Class Members' deadline to oppose or object to
23  Plaintiff's fee motion, Plaintiff's counsel inadvertently also changed the deadline by when Plaintiff
24  must file a fee motion from 14 days to 10 days from final entry of judgment (unless a different time is
25  allowed by the Court).  Before the inadvertent change was discovered, the Class Notices had been
26  delivered to the post office.
27  WHEREAS, the Parties do not believe that any Class Member will be prejudiced by receiving
28  a Class Notice that indicates Plaintiff has four fewer days to file a fee opposition than he really has,

Case No. 08-04058 EMC                                          JOINT STATEMENT, STIPULATION AND
                                          -2-                   PROPOSED ORDER RE ISSUANCE OF
                                                                CLASS NOTICE RE PARTIAL DISMISSAL
                                                                OF CLAIMS
1633062.1 1

especially in light of (1) Fed. R. Civ. P. 54(d)(2)(B) and Civil Local Rule 54-5 providing that motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court; (2) Class Counsel's posting of the Class Notice on its website with the correct deadline by when Plaintiff must file his fee motion; and (3) that Class Counsel represents that it will post a notice on its website regarding the filing of Plaintiff's fee motion.

      WHEREAS, the Parties believe that the potential of confusion of sending a corrective notice containing a minor change outweighs the benefit of sending such a notice.

      WHEREAS, the Parties seek an order from the Court excusing Class Counsel from issuing corrective notice which would inform the Class Members that Plaintiff will file a fee motion within 14 days, rather than 10 days, of entry of final judgment.

      WHEREAS, the Parties seek an order from the Court approving the 10-day time frame for Class Members to oppose or object to such a fee motion specified in the Class Notice (which time Class Counsel has agreed is an appropriate amount of time for its clients to file any such an objection).

      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

(1) Neither Party is required to issue a notice informing the Class Members that Plaintiff has 14, rather than 10, days from entry of final judgment to file a fee motion.

(2) Class Counsel shall post on its website a version of the Class Notice which indicates that Plaintiff may file a fee motion within 14 days of entry of final judgment.

(3) The 10 days specified in the Class Notice for the Class Members to oppose or object to Plaintiff's fee motion is sufficient time.

DATED: January 11, 2013   By:   /s/ *Michelle L. Roberts*
MICHELLE L. ROBERTS

Attorneys for Plaintiff
Quiller Barnes

DATED: January 11, 2013   By:   /s/ *Stephen H. Harris*
STEPHEN H. HARRIS

Attorneys for Defendant
AT&T Pension Benefit Plan - NonBargained Program

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: January 11, 2013   By:   /s/ *Michelle L. Roberts*
MICHELLE L. ROBERTS

**ORDER**

Pursuant to the foregoing stipulation, and good cause having been shown by the Parties, IT IS HEREBY ORDERED THAT:

(1) Neither Party is required to issue a notice informing the Class Members that Plaintiff has 14, rather than 10, days from entry of final judgment to file a fee motion.

(2) Class Counsel shall post on its website a version of the Class Notice which indicates that Plaintiff may file a fee motion within 14 days of entry of final judgment.

(3) The 10 days specified in the Class Notice for the Class Members to oppose or object to Plaintiff's fee motion is sufficient time.

**IT IS SO ORDERED.**

Dated: 1/14/13

IT IS SO ORDERED
Judge Edward M. Chen

Case No. 08-04058 EMC

-4-

JOINT STATEMENT, STIPULATION AND PROPOSED ORDER RE ISSUANCE OF CLASS NOTICE RE PARTIAL DISMISSAL OF CLAIMS

1633062.1 1