1  **COHEN MILSTEIN SELLERS & TOLL PLLC**
   R. Joseph Barton (CA State Bar No. 212340)
2  Email: jbarton@cohenmilstein.com
   Bruce F. Rinaldi (CA State Bar No. 55133)
3  Email: brinaldi@cohenmilstein.com
   1100 New York Avenue, N.W.
4  WestTower, STE 500
   Washington, DC20005
5  Telephone: (202) 408-4600
   Facsimile: (202) 408-4699
6
   *Attorneys for Plaintiff & the Class*
7  QUILLER BARNES

8  **PAUL HASTINGS LLP**
   Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
9  Email: patrickshea@paulhastings.com
   75 East 55th Street
10 New York, NY10022
   Telephone: (212) 318-6000
11 Facsimile: (212) 319-4090

12 *Attorneys for Defendant*
   AT&T PENSION BENEFIT PLAN –
13 NONBARGAINED PROGRAM

14
15 *[Additional counsel listed on next page]*

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19

20  QUILLER BARNES,                    | CASE NO. 08-04058 EMC

21          Plaintiff,                 | **SECOND JOINT STATEMENT,
                                       | STIPULATION AND [PROPOSED]**
22      vs.                            | **ORDER REGARDING ISSUANCE OF
                                       | CLASS NOTICE RE PARTIAL
23  AT&T PENSION BENEFIT PLAN –        | DISMISSAL OF CLAIMS**
    NONBARGAINED PROGRAM,
24
            Defendant.
25

26

27

28  Case No. 08-04058 EMC                          2ND JOINT STATEMENT, STIP. &
                                                   [PROPOSED] ORDER RE ISSUANCE OF
                                                   CLASS NOTICE RE PARTIAL DISMISSAL
    1694364.1 1                                    OF CLAIMS

| | |
|---|---|
| 1 | **SPRINGER-SULLIVAN & ROBERTS LLP** |
| 2 | Michelle L. Roberts (CA State Bar No. 239092)<br>Email: mlr@ssrlawgroup.com |
| 3 | 410 – 12<sup>th</sup>Street, Suite 325<br>Oakland, CA94607 |
| 4 | Telephone: (510) 992-6130<br>Facsimile: (510) 280-7564 |
| 5 | *Attorneys for Plaintiff* |
| 6 | QUILLER BARNES |
| 7 | **PAUL HASTINGS LLP** |
| 8 | Stephen H. Harris (CA State Bar No. 184608)<br>Email: stephenharris@paulhastings.com |
| 9 | M'Alyssa C. Mecenas (CA State Bar No. 272075)<br>Email: malyssamecenas@paulhastings.com |
| 10 | 515 South Flower Street, 25th Floor<br>Los Angeles, CA90071 |
| 11 | Telephone: (213) 683- 6000<br>Facsimile: (213) 627-0705 |
| 12 | **PAUL HASTINGS LLP** |
| 13 | Regan A.W. Herald (CA State Bar No. 251879)<br>875 15th Street, N.W. |
| 14 | Washington, DC20005<br>Telephone: (202) 551- 1700 |
| 15 | Facsimile: (202) 551-1705<br>Email: reganherald@paulhastings.com |
| 16 | *Attorneys for Defendant* |
| 17 | AT&T PENSION BENEFIT PLAN –<br>NONBARGAINED PROGRAM |

Case No. 08-04058 EMC

-1-

2ND JOINT STATEMENT, STIP. & [PROPOSED] ORDER RE ISSUANCE OF CLASS NOTICE RE PARTIAL DISMISSAL OF CLAIMS

1694364.1 1

1    Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained
Program (collectively referred to as the "Parties"), acting through their respective counsel of record,
hereby stipulate as follows:

WHEREAS, the Court issued the Order Granting in Part and Denying in Part Plaintiff's
Motion re Dismissal of Counts III and IV; Class Notice; and Modification of the Court's Summary
Judgment Order which directed the Parties to issue notice to the Class in the form attached as an
exhibit to the Parties' joint letter of December 19, 2012 (D.E. # 337), to file a statement with the
Court indicating whether the Parties have received any notice from a Class Member seeking to
intervene on the fifth day after the last day to intervene, and if no evidence of record indicating that
intervention is desired, a joint request for an entry of final judgment;

WHEREAS, on January 7, 2013, Class Counsel issued the notice to Class Members as set
forth in the Joint Statement, Stipulation and [Proposed] Order Regarding Issuance of Class Notice
Re Partial Dismissal of Claims (D.E. #341), which the Court signed into order on January 14, 2013
(D.E. #343);

WHEREAS, on January 11, 2013, Plaintiff filed the Declaration of John W. Fust, IV, wherein
he declared that as of the date of his declaration, none of the mailings of the Class Notice were
returned as non-deliverable;

WHEREAS, based on the Class Notice mailing date of January 7, 2013, the deadline for
Class Members to intervene is February 21, 2013;

WHEREAS, on February 11, 2013, Class Counsel received notice that the Class Notice was
returned as non-deliverable for two Class Members, Lester K. McClain and Robert Wiraatmadja;

WHEREAS, Class Counsel obtained updated addresses for those two Class Members and
confirmed those addresses with Defendant;

WHEREAS, the Parties believe that the Class Notice should be re-issued to these two Class
Members and that they should be provided with 45 days from the date of the mailing to intervene;

WHEREAS, the Parties propose mailing the Class Notice to these two Class Members with a
cover letter informing them that because Class Counsel had to re-issue the Class Notice, their

Case No. 08-04058 EMC

-2-

2ND JOINT STATEMENT, STIP. & [PROPOSED] ORDER RE ISSUANCE OF CLASS NOTICE RE PARTIAL DISMISSAL OF CLAIMS

1694364.1 1

intervention date has been extended until the date that is 45 days from the mailing of the Class Notice;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

(1) Class Counsel shall re-issue the Class Notice to Lester K. McClain and Robert Wiraatmadja, the two Class Members whose notices were returned as non-deliverable, with a cover letter informing them of the date of mailing and their deadline to intervene.

(2) Class Members Lester K. McClain and Robert Wiraatmadja shall have 45 days from the mailing of the re-issued Class Notice to intervene;

(3) Class Counsel will file a declaration that the Notice has been re-issued to Class Members Lester K. McClain and Robert Wiraatmadja and the date on which the notice was re-issued.

(4) On or about the fifth court day after Lester McClain and Robert Wiraatmadja's last day to intervene, the Parties shall file a statement with the Court indicating whether the Parties have received any notice from a Class Member seeking to intervene, and if no evidence of record indicating that intervention is desired, that final judgment may be entered.

**IT IS SO STIPULATED.**

DATED: February 15, 2013     By: _____/s/ *Michelle L. Roberts*_____
                                  MICHELLE L. ROBERTS

Attorneys for Plaintiff
Quiller Barnes

DATED: February 15, 2013     By: _____/s/ *Stephen H. Harris*_____
                                  STEPHEN H. HARRIS

Attorneys for Defendant
AT&T Pension Benefit Plan - NonBargained Program

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: February 15, 2013   By:   /s/ *Michelle L. Roberts*
MICHELLE L. ROBERTS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

(1) Class Counsel shall re-issue the Class Notice to Lester K. McClain and Robert Wiraatmadja, the two Class Members whose notices were returned as non-deliverable, with a cover letter informing them of the date of mailing and their deadline to intervene.

(2) Class Members Lester K. McClain and Robert Wiraatmadja shall have 45 days from the mailing of the re-issued Class Notice to intervene;

(3) Class Counsel will file a declaration that the Notice has been re-issued to Class Members Lester K. McClain and Robert Wiraatmadja and the date on which the notice was re-issued.

(4) On or about the fifth court day after Lester McClain and Robert Wiraatmadja's last day to intervene, the Parties shall file a statement with the Court indicating whether the Parties have received any notice from a Class Member seeking to intervene, and if no evidence of record indicating that intervention is desired, that final judgment may be entered.

Dated: 2/19/13

United States District Court Judge
Honorable Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen

Case No. 08-04058 EMC

-4-

2ND JOINT STATEMENT, STIP. & [PROPOSED] ORDER RE ISSUANCE OF CLASS NOTICE RE PARTIAL DISMISSAL OF CLAIMS

1694364.1 1