**COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
Email:  jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
Email:  brinaldi@cohenmilstein.com
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

**Attorneys for Plaintiff & the Class**
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

**Attorneys for Defendant**
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM

*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AT&T PENSION BENEFIT PLAN –<br>NONBARGAINED PROGRAM,<br><br>　　　　　Defendant. | CASE NO. 08-04058 EMC<br><br>**JOINT STIPULATION SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1 | **SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email:  mlr@ssrlawgroup.com
410 – 12th Street, Suite 325
3 | Oakland, CA  94607
Telephone:  (510) 992-6130
4 | Facsimile:  (510) 280-7564

5 | ***Attorneys for Plaintiff***
QUILLER BARNES

6 |

7 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
8 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
9 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
10 | Los Angeles, CA 90071
Telephone: (213) 683- 6000
11 | Facsimile: (213) 627-0705

12 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
13 | 875 15th Street, N.W.
Washington, DC 20005
14 | Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
15 | Email: reganherald@paulhastings.com

16 | ***Attorneys for Defendant***
AT&T PENSION BENEFIT PLAN –
17 | NONBARGAINED PROGRAM

Case No. 08-04058 EMC                    -1-                    JOINT STIP. SCHEDULING TELEPHONIC CMC; [PROPOSED] ORDER

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – NonBargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Court set a telephonic case management conference in the above-captioned matter for Thursday, March 14, 2013 at 10:30 a.m. (D.E. #329), which fell approximately three weeks after the initial deadline for Class Members to intervene in the partial dismissal of claims;

WHEREAS, pursuant to the Parties' Second Joint Statement, Stipulation, and [Proposed] Order Regarding Issuance of Class Notice re Partial Dismissal of Claims, the Court extended the deadline for Class Members Lester K. McClain and Robert Wiraatmadja to intervene to 45 days following the re-issuance of the Class Notice (D.E. #339);

WHEREAS, Class Counsel re-issued the Class Notice to Class Members Lester K. McClain and Robert Wiraatmadja on Friday, February 22, 2013;

WHEREAS, the new 45-day deadline for Class Members Lester K. McClain and Robert Wiraatmadja to intervene is April 8, 2013;

WHEREAS, the Parties believe that the primary purpose of the telephonic case management conference is to permit the Parties the opportunity to inform the Court as to whether any Class Member has sought to intervene and, if so, to discuss how such potential intervention will affect case management; and

WHEREAS, the Parties believe that it is appropriate to reschedule the telephonic case management conference to a date after the new deadline to intervene and the Parties therefore both seek to reschedule the telephonic case management conference from March 14, 2013 to May 16, 2013.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:
The telephonic case management conference in the above-captioned matter may be rescheduled from **March 14, 2013 at 10:30 a.m.** to **May 16, 2013**.

| | | |
|---|---|---|
| 1  DATED: March 1, 2013 | By: | /s/ *Michelle L. Roberts* |
| | | MICHELLE L. ROBERTS |

Attorneys for Plaintiff
Quiller Barnes

| | | |
|---|---|---|
| DATED: March 1, 2013 | By: | /s/ *Stephen H. Harris* |
| | | STEPHEN H. HARRIS |

Attorneys for Defendant
AT&T Pension Benefit Plan - NonBargained Program

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: March 1, 2013          By:          /s/ *Michelle L. Roberts*
                                              MICHELLE L. ROBERTS

[PR~~O~~POSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the telephonic case management conference in the above-captioned matter is hereby rescheduled from **March 14, 2013** to **May 16, 2013 at 10:30 a.m.**  The Court will call counsel.  The Parties' Joint Case Management Statement is now due no later than **May 9, 2013**.

**IT IS SO ORDERED.**

DATED:  3/1  , 2013        By: _____
                                HON.
                                United



Case No. 08-04058 EMC      -5-      JOINT STIP. SCHEDULING TELEPHONIC CMC; [PROPOSED] ORDER