UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T PENSION BENEFIT PLAN -<br>NONBARGAINED PROGRAM,<br><br>        Defendant.<br>_____/ | No. C-08-4058 EMC<br><br>**ORDER RE STIPULATION ON PARTIAL DISMISSAL OF REMAINING CLAIMS AND ENTRY OF FINAL JUDGMENT**<br><br>**(Docket No. 352)** |

    The Court has reviewed the parties' joint statement regarding partial dismissal of the remaining claims. As there is no evidence that any class member seeks to intervene, the Court agrees that a final judgment may now be entered. The Clerk of the Court is instructed to enter a final judgment in accordance with Docket Nos. 309 and 321 (orders on summary judgment and stipulated partial dismissal) and close the file in this case.

    IT IS SO ORDERED.

Dated: April 17, 2013

                                                  _____
                                                  EDWARD M. CHEN
                                                  United States District Judge