**COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
Email:  jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
Email:  brinaldi@cohenmilstein.com
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Attorneys for Plaintiff & the Class*
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM
*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T PENSION BENEFIT PLAN –<br>NONBARGAINED PROGRAM,<br><br>        Defendant. | CASE NO. 08-04058 EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND NOTICED HEARING DATE RE: PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS** |

1 | **SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email: mlr@ssrlawgroup.com
410 – 12th Street, Suite 325
3 | Oakland, CA 94607
Telephone: (510) 992-6130
4 | Facsimile: (510) 280-7564

5 | *Attorneys for Plaintiff & the Class*
QUILLER BARNES

7 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
8 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
9 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
10 | Los Angeles, CA 90071
Telephone: (213) 683- 6000
11 | Facsimile: (213) 627-0705

12 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
13 | 875 15th Street, N.W.
Washington, DC 20005
14 | Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
15 | Email: reganherald@paulhastings.com

16 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
17 | NONBARGAINED PROGRAM

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 17, 2013, the Court entered final judgment on this case (D.E. #354);

WHEREAS, on April 30, 2013, Plaintiff filed PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS (D.E. # 355) ("Motion") and noticed a hearing for June 6, 2013, such that Defendant's Opposition brief would be due on May 14, 2013 and Plaintiff's Reply brief would be due on May 21, 2013;

WHEREAS, Plaintiff's Motion is supported by several declarations and lengthy exhibits and Defendant requests additional time to review these declarations and exhibits; and Plaintiff requests additional time to respond to Defendant's opposition, including potentially engaging in further discussions with Plaintiff's counsel to narrow the issues in dispute;

WHEREAS, the Parties' counsel conferred regarding the briefing schedule on Plaintiff's Motion and agreed to request a change of the hearing date from June 6, 2013 to July 18, 2013 and to extend Defendant's Opposition deadline and Plaintiff's Reply deadline as set forth below;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. The deadline for Defendant to file its Opposition to PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS (D.E. #355) is extended from May 14, 2013 to June 4, 2013.

2. The deadline for Plaintiff to file his Reply to Defendant's Opposition to PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS (D.E. #355) is extended from May 21, 2013 to June 27, 2013.

3. The noticed hearing date for PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND NON-TAXABLE COSTS (D.E. #355), of June 6, 2013 shall be changed to July 18, 2013.

DATED: May 7, 2013   By: ___/s/ *Michelle L. Roberts*___
                            MICHELLE L. ROBERTS

Attorneys for Plaintiff & the Class
Quiller Barnes

DATED: May 7, 2013   By: ___/s/ *Stephen H. Harris*___
                            STEPHEN H. HARRIS

Attorneys for Defendant
AT&T Pension Benefit Plan - Nonbargained Program

**SIGNATURE ATTESTATION**

I, Stephen Harris, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: May 7, 2013   PAUL HASTINGS LLP

                     By: ___/s/ *Stephen H. Harris*___
                            STEPHEN H. HARRIS

Attorneys for Defendant

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: ___5/8_____, 2013   By: _____
                                       HON. EDWARD M. CHEN
                                       United States District Court

IT IS SO ORDERED
Judge Edward M. Chen

LEGAL_US_W # 75033805.2

Case No. 08-04058 EMC         -3-         JOINT STIP. MODIFYING FEE MOTION
                                          DEADLINES; [PROPOSED] ORDER