**COHEN MILSTEIN SELLERS & TOLL PLLC**
R. Joseph Barton (CA State Bar No. 212340)
Email: jbarton@cohenmilstein.com
Bruce F. Rinaldi (CA State Bar No. 55133)
Email: brinaldi@cohenmilstein.com
1100 New York Avenue, N.W.
West Tower, STE 500
Washington, DC  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699

*Attorneys for Plaintiff & the Class*
QUILLER BARNES

**PAUL HASTINGS LLP**
Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
Email: patrickshea@paulhastings.com
75 East 55th Street
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
NONBARGAINED PROGRAM
*[Additional counsel listed on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUILLER BARNES, <br><br> Plaintiff, <br><br> vs. <br><br> AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, <br><br> Defendant. | CASE NO. 08-04058 EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE TO FILE SUPPLEMENTAL BRIEFS ON ATTORNEYS' FEES** |

1 | **SPRINGER-SULLIVAN & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email:  mlr@ssrlawgroup.com
410 – 12th Street, Suite 325
3 | Oakland, CA  94607
Telephone:  (510) 992-6130
4 | Facsimile:  (510) 280-7564

5 | *Attorneys for Plaintiff & the Class*
QUILLER BARNES

7 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
8 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
9 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
10 | Los Angeles, CA 90071
Telephone: (213) 683- 6000
11 | Facsimile: (213) 627-0705

12 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
13 | 875 15th Street, N.W.
Washington, DC 20005
14 | Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
15 | Email: reganherald@paulhastings.com

16 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
17 | NONBARGAINED PROGRAM

Case No. 08-04058 EMC    -1-    JOINT STIP. MODIFYING DEADLINE TO FILE SUPPL. BRIEFS; [PROPOSED] ORDER

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on July 26, 2013, the Court's ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (D.E. #386) ordered the Parties to provide supplemental briefing by August 9, 2013 on issues identified in the Order;

WHEREAS, in the same ORDER (D.E. #386) the Court stated "The parties may stipulate to additional time if necessary to ensure a complete review of the billing records.";

WHEREAS, the Parties' counsel conferred regarding the supplemental briefing schedule and agreed to request a change of the filing date from August 9, 2013, to August 26, 2013, to allow for the additional time necessary to completely review the billing records;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

1. The deadline for the Parties to file their supplemental briefs pursuant to the ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES (D.E. #386) is extended from August 9, 2013, to August 26, 2013.

DATED: August 1, 2013    By:    /s/ *Michelle L. Roberts*
                                MICHELLE L. ROBERTS

                                Attorneys for Plaintiff & the Class
                                Quiller Barnes

DATED: August 1, 2013    By:    /s/ *Stephen H. Harris*
                                STEPHEN H. HARRIS

                                Attorneys for Defendant
                                AT&T Pension Benefit Plan - Nonbargained Program

**SIGNATURE ATTESTATION**

I, Stephen Harris, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: August 1, 2013                PAUL HASTINGS LLP

By:  _____/s/ *Stephen H. Harris*_____
                STEPHEN H. HARRIS

Attorneys for Defendant

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ____8/2_____, 2013     By: _____
                                         HON. _____
                                         United S_____

LEGAL_US_W # 75833302.1

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)