1   **COHEN MILSTEIN SELLERS & TOLL PLLC**
    R. Joseph Barton (CA State Bar No. 212340)
2   Email: jbarton@cohenmilstein.com
    Bruce F. Rinaldi (CA State Bar No. 55133)
3   Email: brinaldi@cohenmilstein.com
    1100 New York Avenue, N.W.
4   West Tower, STE 500
    Washington, DC 20005
5   Telephone: (202) 408-4600
    Facsimile: (202) 408-4699
6
    ***Attorneys for Plaintiff & the Class***
7   QUILLER BARNES

8   **PAUL HASTINGS LLP**
    Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice*
9   Email: patrickshea@paulhastings.com
    75 East 55th Street
10  New York, NY 10022
    Telephone: (212) 318-6000
11  Facsimile: (212) 319-4090

12  ***Attorneys for Defendant***
    AT&T PENSION BENEFIT PLAN –
13  NONBARGAINED PROGRAM
    *[Additional counsel listed on next page]*
14

15              **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

17
    QUILLER BARNES,                          CASE NO. 08-04058 EMC
18
                    Plaintiff,               **JOINT STIPULATION AND
19                                           [PRO~~PO~~SED] ORDER EXTENDING
                                             BRIEFING SCHEDULE ON
20          vs.                              DEFENDANT'S MOTION FOR
                                             RECONSIDERATION OF
21  AT&T PENSION BENEFIT PLAN –              PLAINTIFF'S AWARD OF NON-
    NONBARGAINED PROGRAM,                    TAXABLE EXPENSES
22
                    Defendant.
23

24

25

26

27

28
    Case No. 08-04058 EMC                    JOINT STIP. RE BRIEFING SCHEDULE ON FEE
                                             MOTION; [PROPOSED] ORDER

1

**SPRINGER & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)

2
Email:  michelle@ssrlawgroup.com
410 – 12th Street, Suite 325

3
Oakland, CA  94607
Telephone:  (510) 992-6130

4
Facsimile:  (510) 280-7564

5
*Attorneys for Plaintiff & the Class*
QUILLER BARNES

6

7
**PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)

8
Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)

9
Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor

10
Los Angeles, CA 90071
Telephone: (213) 683- 6000

11
Facsimile: (213) 627-0705

12
**PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)

13
875 15th Street, N.W.
Washington, DC 20005

14
Telephone: (202) 551- 1700
Facsimile: (202) 551-1705

15
Email: reganherald@paulhastings.com

16
*Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –

17
NONBARGAINED PROGRAM

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-04058 EMC

-1-

JOINT STIP. RE BRIEFING ON D'S MOT FOR
RECONSIDERATION; [PROPOSED] ORDER

Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on October 10, 2013, the Court issued an order disposing of the motions at Docket Nos. 392, 398, and 405 (D.E. #406) and the Court encouraged the Parties to meet and confer to see if they could reach agreement on costs given the Court's rulings in the Order on fees;

WHEREAS, counsel for the Parties have met and conferred in good faith, believe they are close to reaching a resolution, and believe that the Parties would benefit from additional time as they attempt to resolve the cost issue without Court intervention;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that in order to avoid unnecessary briefing the Parties request that the Court extend the deadlines as follows:

1. The deadline for Plaintiff to file a response to Defendant's Motion for Reconsideration (D.E. #392) is extended from October 17, 2013 to October 24, 2013.

2. The deadline for Defendant to file a reply to Plaintiff's response is extended from October 24, 2013 to October 31, 2013.

DATED:  October 17, 2013        By:  _____  /s/ *Michelle L. Roberts*  _____
                                        MICHELLE L. ROBERTS

                                Attorneys for Plaintiff & the Class
                                Quiller Barnes

DATED:  October 17, 2013        By:  _____  /s/ *Stephen H. Harris*  _____
                                        STEPHEN H. HARRIS

                                Attorneys for Defendant
                                AT&T Pension Benefit Plan - Nonbargained Program

JOINT STIP. RE BRIEFING ON D'S MOT FOR RECONSIDERATION; [PROPOSED] ORDER

**SIGNATURE ATTESTATION**

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED:  October 17, 2013          By: _____ /s/ *Michelle L. Roberts* _____

                                                        MICHELLE L. ROBERTS

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____October 18_____, 2013          By: _____

                                                        HON. EDWARD M. CHEN
                                                        United States District

APPROVED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

JOINT STIP. RE BRIEFING ON D'S MOT FOR
RECONSIDERATION; [PROPOSED] ORDER