| | |
|---|---|
| 1 | **COHEN MILSTEIN SELLERS & TOLL PLLC** |
| | R. Joseph Barton (CA State Bar No. 212340) |
| 2 | Email: jbarton@cohenmilstein.com |
| | Bruce F. Rinaldi (CA State Bar No. 55133) |
| 3 | Email: brinaldi@cohenmilstein.com |
| | 1100 New York Avenue, N.W. |
| 4 | West Tower, STE 500 |
| | Washington, DC  20005 |
| 5 | Telephone:  (202) 408-4600 |
| | Facsimile:  (202) 408-4699 |
| 6 | |
| | *Attorneys for Plaintiff & the Class* |
| 7 | QUILLER BARNES |
| | |
| 8 | **PAUL HASTINGS LLP** |
| | Patrick W. Shea (NY State Bar No. 4587176), *Pro Hac Vice* |
| 9 | Email: patrickshea@paulhastings.com |
| | 75 East 55th Street |
| 10 | New York, NY 10022 |
| | Telephone: (212) 318-6000 |
| 11 | Facsimile: (212) 319-4090 |
| 12 | *Attorneys for Defendant* |
| | AT&T PENSION BENEFIT PLAN – |
| 13 | NONBARGAINED PROGRAM |
| | *[Additional counsel listed on next page]* |
| 14 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | QUILLER BARNES, | CASE NO. 08-04058 EMC |
| 19 | Plaintiff, | **STIPULATION ON PLAINTIFF'S MOTION FOR AWARD OF** |
| 20 | vs. | **ATTORNEYS' FEES AND NON-TAXABLE COSTS; [PRO~~PO~~SED]** |
| 21 | AT&T PENSION BENEFIT PLAN – NONBARGAINED PROGRAM, | **ORDER** |
| 22 | Defendant. | |

1 | **SPRINGER & ROBERTS LLP**
Michelle L. Roberts (CA State Bar No. 239092)
2 | Email: michelle@ssrlawgroup.com
410 – 12th Street, Suite 325
3 | Oakland, CA 94607
Telephone: (510) 992-6130
4 | Facsimile: (510) 280-7564

5 | *Attorneys for Plaintiff & the Class*
QUILLER BARNES
6 |

7 | **PAUL HASTINGS LLP**
Stephen H. Harris (CA State Bar No. 184608)
8 | Email: stephenharris@paulhastings.com
M'Alyssa C. Mecenas (CA State Bar No. 272075)
9 | Email: malyssamecenas@paulhastings.com
515 South Flower Street, 25th Floor
10 | Los Angeles, CA 90071
Telephone: (213) 683- 6000
11 | Facsimile: (213) 627-0705

12 | **PAUL HASTINGS LLP**
Regan A.W. Herald (CA State Bar No. 251879)
13 | 875 15th Street, N.W.
Washington, DC 20005
14 | Telephone: (202) 551- 1700
Facsimile: (202) 551-1705
15 | Email: reganherald@paulhastings.com

16 | *Attorneys for Defendant*
AT&T PENSION BENEFIT PLAN –
17 | NONBARGAINED PROGRAM

18

19

20

21

22

23

24

25

26

27

28

Case No. 08-04058 EMC — -1- — STIP. ON PLAINTIFF'S FEE MOTION; [PROPOSED] ORDER

WHEREAS, on April 30, 2013, Plaintiff filed a Motion for Award of Attorneys' Fees and Non-Taxable Costs ("Fee Motion"), seeking, among other relief, an award of non-taxable costs in the amount of $75,867.85, which Plaintiff incurred in the litigation through August 31, 2011 (D.E. #355);

WHEREAS, on July 26, 2013, the Court issued an Order Granting Plaintiff's Motion for Attorney's Fees, awarding Plaintiff $75,867.85 in non-taxable costs and ordering the Parties to provide supplemental briefing regarding the amount of attorneys' fees to be awarded (D.E. #386);

WHEREAS, on August 21, 2013, Defendant filed a Motion for Leave to File Motion for Reconsideration regarding the Court's award of non-taxable expenses (D.E. #392);

WHEREAS, on August 26, 2013, the Parties filed supplemental briefs so the Court could determine the exact amount of fees and costs to award (D.E. #s 393, 396);

WHEREAS, on October 10, 2013, the Court issued an order disposing of the motions at Docket Nos. 392, 398, and 405 (D.E. #406) and awarding Plaintiff fees in the amount of $208,651.58;

WHEREAS, the Court encouraged the Parties to meet and confer to see if they could reach agreement on non-taxable expenses given the Court's rulings in the Order on fees; and

WHEREAS, counsel for the Parties have met and conferred in good faith, and, as a result, the Parties have reached a compromise and resolution on Plaintiff's award of non-taxable expenses and other matters;

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff Quiller Barnes and Defendant AT&T Pension Benefit Plan – Nonbargained Program (collectively referred to as the "Parties"), acting through their respective counsel of record, as follows:

1. Defendant shall pay $24,690.84 for the following expenses:

    (a)    The full amount of the taxable costs ordered by the Court, totaling $824.05 (D.E. #374);

    (b)    $5,000 that Plaintiff Barnes expended out-of-pocket before April 2009 (D.E. #360);

1        (c)    $12,000, which includes certain expenses Plaintiff incurred from January 21, 2011 through August 31, 2011;

      (d)    $6,382.35, which includes certain expenses related to Plaintiff's taking of the Fed. R. Civ. P. 30(b)(6) deposition of the Plan on October 29 and November 9, 2010, including the costs of travel for Plaintiff's counsel, Michelle L. Roberts, to attend one day of the deposition and the costs for the court reporter and transcript for both days of the deposition; and

      (e)    $484.44, which includes certain expenses incurred in connection with the filing of Plaintiff's motion for fees (D.E. #355) and subsequent related filings with the exception of the travel costs for Plaintiff's counsel R. Joseph Barton to attend the hearing on the Fee Motion;

2. Within 30 days of the entry of this Order, Defendant will deliver the sums of $24,690.84 and $208,651.58 either by a check or checks made payable to Cohen, Milstein, Sellers & Toll, P.L.L.C. (Attn: R. Joseph Barton) or by wire transfer to an account designated by Cohen Milstein Sellers & Toll, P.L.L.C.

3. Neither Party will appeal or seek further reconsideration any of the Court's Orders related to the Fee Motion (D.E. #s 386, 406), or seek any other award of attorneys' fees and expenses related to this litigation, except that nothing in this stipulation will prevent Plaintiff from seeking any attorneys' fees, costs or expenses in excess of the amount paid pursuant to this Stipulation based on subsequent success on the merits in this action in the Ninth Circuit Court of Appeals or prevent Defendant from seeking an award of costs from the Ninth Circuit in connection with the pending appeal in this action.

///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | DATED: October 24, 2013 | By: _____/s/ *Michelle L. Roberts*_____ |
| | | MICHELLE L. ROBERTS |

Attorneys for Plaintiff & the Class
Quiller Barnes

DATED: October 24, 2013   By: _____/s/ *Stephen H. Harris*_____
                                STEPHEN H. HARRIS

Attorneys for Defendant
AT&T Pension Benefit Plan - Nonbargained Program

### SIGNATURE ATTESTATION

I, Michelle L. Roberts, hereby attest that concurrence in the filing of the document has been obtained from the other signatory on this document.

DATED: October 24, 2013   By: _____/s/ *Michelle L. Roberts*_____
                                MICHELLE L. ROBERTS

### [~~PROPO~~SED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ____October 25____, 2013   By: _____
                                    HON. EDWARD M. CHEN

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

Case No. 08-04058 EMC      -4-      STIP. ON PLAINTIFF'S FEE MOTION;
                                    [PROPOSED] ORDER